**FILED BY** ___ YR ___ D.C.

**Aug 28, 2020**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

| | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 4:09CR73-005 |
| | DOCKET NUMBER *(Rec. Court)* |
| | **20-TP-20053-GAYLES** |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | ND/FL | Tallahassee |
| Reginald Voltaire | NAME OF SENTENCING JUDGE | |
| | The Honorable Robert L. Hinkle, U.S. District Judge | |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 11/03/17 | 11/02/2020 |

**OFFENSE**

Count 1: Conspiracy to Commit Fraud in Connection with Counterfeit Credit Cards or Other Access Devices
Count 2: Fraud in Connection with Counterfeit Cards or Other Access Devices and Aiding and Abetting
Count 7: Aggravated Identity Theft

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Northern _____ DISTRICT OF _____ Florida _____

      IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Southern District of Florida _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| 8/22/2020 | s/Robert L. Hinkle |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Southern _____ DISTRICT OF _____ Florida _____

      IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 8/27/2020 | |
|---|---|
| *Effective Date* | *United States District Judge* |

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                    **INDICTMENT**

**DEVIN PASCHALL,**
**AUDREY KENNEDY,**                          4:09cr73-RH
**GABRIELLE BUTLER,**
**COREY ANTHONY,**
**REGINALD VOLTAIRE,**
**JUNIOR DOGUER,**
**and**
**JAVON WIGGINS,**

_____/

**THE GRAND JURY CHARGES:**

### COUNT ONE

That between on or about July 15, 2009, and on or about October 21, 2009, in the Northern

District of Florida and elsewhere, the defendants,

**DEVIN PASCHALL,**
**AUDREY KENNEDY,**
**GABRIELLE BUTLER,**
**COREY ANTHONY,**
**REGINALD VOLTAIRE,**
**JUNIOR DOGUER,**
**and**
**JAVON WIGGINS,**

did knowingly and willfully conspire, combine, confederate and agree together and with others to

commit an offense against the United States, that is, to knowingly, willfully, and with intent to defraud,

during a one (1) year period, traffic in and use one or more unauthorized access devices, that is, debit

card account numbers and Personal Identification Numbers (PINs), and by such conduct, obtained

things of value aggregating more than $1,000 during a one (1) year period, and in so doing, affected

interstate commerce, in violation of Title 18, United States Code, Sections 1029(a)(2) and 1029(c).

## MANNER AND MEANS OF CONSPIRACY

The manner and means by which the conspiracy was carried out included the following:

1.    It was part of the conspiracy that defendants **DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, and COREY ANTHONY**, cashiers at Circle K Stores, located at 2807 South Monroe Street and 1421 North Monroe Street, Tallahassee, Florida, would and did possess debit cards from individuals who made purchases at Circle K.

2.    It was part of the conspiracy that defendants **DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, and COREY ANTHONY**, cashiers at Circle K Stores, located at 2807 South Monroe Street and 1421 North Monroe Street, Tallahassee, Florida, would and did watch customers of Circle K enter their PINs into the PIN pad during debit card transactions and would make a record of these PINs.

3.    It was further part of the conspiracy that defendants **DEVIN PASCHALL, REGINALD VOLTAIRE, JUNIOR DOGUER, and JAVON WIGGINS** would and did obtain from the Circle K cashiers, debit card account numbers that the cashiers stole from customers of Circle K by means of a portable magnetic strip reader which captured and stored information from the debit cards.

4.    It was further part of the conspiracy that defendants **DEVIN PASCHALL, REGINALD VOLTAIRE, JUNIOR DOGUER,** and **JAVON WIGGINS** would and did obtain stolen PINs from the Circle K cashiers.

2

5.     It was further part of the conspiracy that defendants **REGINALD VOLTAIRE,** **JUNIOR DOGUER,** and **JAVON WIGGINS** would and did cause the fraudulently obtained account information to be transferred onto other cards bearing magnetic strips and thereby produced counterfeit debit cards.

6.     It was further part of the conspiracy that defendants **REGINALD VOLTAIRE,** **JUNIOR DOGUER, JAVON WIGGINS,** and other conspirators would and did use the counterfeit debit cards and fraudulently obtained PINs to fraudulently obtain money through Automated Teller Machines (ATMs) and other transactions within the Northern District of Florida and elsewhere.

7.     By this conduct the conspirators would and did cause, and attempt to cause, the customers' accounts to be debited for the amounts of withdrawals and associated service charges.

## OVERT ACTS OF THE CONSPIRACY

In furtherance of this conspiracy, and to effect the objects thereof, the following overt acts, among others, were committed by the conspirators in the Northern District of Florida, and elsewhere:

1.     In or about July 2009, defendant **REGINALD VOLTAIRE** asked defendant **DEVIN PASCHALL** to obtain customers' debit card information and PINs when customers made purchases at Circle K, and provided him with a portable magnetic strip reader.

2.     In or about August 2009, defendant **DEVIN PASCHALL** asked defendant **AUDREY KENNEDY** to obtain customers' debit card information and PINs when customers made purchases at Circle K, and provided her with a portable magnetic strip reader.

3.     In or about September 2009, defendant **DEVIN PASCHALL** asked defendant **GABRIELLE BUTLER** to obtain customers' debit card information and PINs when customers made purchases at Circle K, and provided her with a portable magnetic strip reader.

3

4. In or about August 2009, defendant **JAVON WIGGINS** asked defendant **COREY ANTHONY** to obtain customers' debit card information and PINs when customers made purchases at Circle K, and provided him with a portable magnetic strip reader.

5. That on or about August 18, 2009, in Tallahassee, Florida, defendant **AUDREY KENNEDY** fraudulently obtained the debit card account information and PIN associated with an account ending in #9682, from a Circle K customer, and provided said information and PIN to a co-conspirator.

6. That on or about August 19, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #9682, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

7. That on or about August 19, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #9682, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

8. That on or about August 19, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #9682, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

9. That on or about August 19, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #9682, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

10. That on or about August 19, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #9682, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

11.     That on or about September 1, 2009, in Tallahassee, Florida, defendant **AUDREY KENNEDY** fraudulently obtained the debit card account information and PIN associated with an account ending in #1155, from a Circle K customer, and provided said information and PIN to a co-conspirator.

12.     That on or about September 13, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #1155, and used the related PIN to attempt to obtain $202.00 at an ATM in Tallahassee, Florida.

13.     That on or about September 3, 2009, in Tallahassee, Florida, defendant **AUDREY KENNEDY** fraudulently obtained the debit card account information and PIN associated with an account ending in #1324, from a Circle K customer, and provided said information and PIN to a co-conspirator.

14.     That on or about September 12, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #1324, and used the related PIN to conduct a balance inquiry at an ATM in Tallahassee, Florida.

15.     That on or about August 21, 2009, in Tallahassee, Florida, defendant **DEVIN PASCHALL** fraudulently obtained the debit card account information and PIN associated with an account ending in #3955, from a Circle K customer, and provided said information and PIN to a co-conspirator.

16.     That on or about August 21, 2009, in Tallahassee, Florida, defendant **DEVIN PASCHALL** fraudulently obtained the debit card account information and PIN associated with an account ending in #7667, from a Circle K customer, and provided said information and PIN to a co-conspirator.

5

17.    That on or about August 22, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to conduct a fraudulent wire transfer in the amount of $4,995.00 in Tallahassee, Florida.

18.    That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

19.    That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

20.    That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

21.    That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

22.    That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

23.    That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

6

24.     That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

25.     That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

26.     That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

27.     That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

28.     That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

29.     That on or about August 25, 2009, defendants **REGINALD VOLTAIRE** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7667, and used the related PIN to obtain $103.00 at an ATM in Tallahassee, Florida.

30.     That on or about August 22, 2009, in Tallahassee, Florida, defendant **DEVIN PASCHALL** fraudulently obtained the debit card account information and PIN associated with an account ending in #6704, from a Circle K customer, and provided said information and PIN to a co-conspirator.

7

31.     That on or about August 25, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #6704, and used the related PIN to obtain $400.00 at an ATM in Tallahassee, Florida.

32.     That on or about August 25, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #6704, and used the related PIN to obtain $100.00 at an ATM in Tallahassee, Florida.

33.     That on or about August 26, 2009, defendant **REGINALD VOLTAIRE** fraudulently used a counterfeit card encoded with information associated with an account ending in #6704, and used the related PIN to obtain $100.00 at an ATM in Tallahassee, Florida.

34.     That on or about August 27, 2009, in Tallahassee, Florida, defendant **DEVIN PASCHALL** fraudulently obtained the debit card account information and PIN associated with an account ending in #2017, from a Circle K customer, and provided said information and PIN to a co-conspirator.

35.     That on or about August 31, 2009, in Tallahassee, Florida, defendant **DEVIN PASCHALL** fraudulently obtained the debit card account information and PIN associated with an account ending in #9033, from a Circle K customer, and provided said information and PIN to a co-conspirator.

36.     That on or about September 10, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #9033, and used the related PIN to obtain $300.00 at an ATM in Tallahassee, Florida.

37.     That on or about September 6, 2009, in Tallahassee, Florida, defendant **GABRIELLE BUTLER** fraudulently obtained the debit card account information and PIN associated with an account

8

ending in #1222, from a Circle K customer, and provided said information and PIN to a co-conspirator.

38.     That on or about September 10, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #1222, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

39.     That on or about September 10, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #1222, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

40.     That on or about September 11, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #1222, and used the related PIN to conduct a balance inquiry at an ATM in Tallahassee, Florida.

41.     That on or about September 11, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #1222, and used the related PIN to attempt to obtain $60.00 at an ATM in Tallahassee, Florida.

42.     That on or about September 11, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #1222, and used the related PIN to obtain $40.00 at an ATM in Tallahassee, Florida.

43.     That on or about September 16, 2009, in Tallahassee, Florida, defendant **GABRIELLE BUTLER** fraudulently obtained the debit card account information and PIN associated with an account ending in #3162, from a Circle K customer, and provided said information and PIN to a co-conspirator.

44.     That on or about September 21, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #3162, and used the related PIN to obtain $600.00 at an ATM in Tallahassee, Florida.

9

45.     That on or about September 19, 2009, in Tallahassee, Florida, defendant **GABRIELLE BUTLER** fraudulently obtained the debit card account information and PIN associated with an account ending in #3183, from a Circle K customer, and provided said information and PIN to a co-conspirator.

46.     That on or about September 21, 2009, defendant **JUNIOR DOGUER** fraudulently used a counterfeit card encoded with information associated with an account ending in #3183, and used the related PIN to obtain $400.00 at an ATM in Tallahassee, Florida.

47.     That on or about September 1, 2009, in Tallahassee, Florida, defendant **COREY ANTHONY** fraudulently obtained the debit card account information and PIN associated with an account ending in #7818, from a Circle K customer, and provided said information and PIN to a co-conspirator.

48.     That on or about September 3, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7818, and used the related PIN to obtain $979.99 through a wire transfer in Tallahassee, Florida.

49.     That on or about September 3, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7818, and used the related PIN to attempt to obtain $941.99 through a wire transfer in Tallahassee, Florida.

50.     That on or about September 3, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7818, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

51.     That on or about September 3, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7818, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

10

52.     That on or about September 3, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7818, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

53.     That on or about September 3, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7818, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

54.     That on or about September 3, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #7818, and used the related PIN to attempt to obtain $203.00 at an ATM in Tallahassee, Florida.

55.     That on or about September 4, 2009, in Tallahassee, Florida, defendant **COREY ANTHONY** fraudulently obtained the debit card account information and PIN associated with an account ending in #6711, from a Circle K customer, and provided said information and PIN to a co-conspirator.

56.     That on or about September 10, 2009, in Tallahassee, Florida, defendant **COREY ANTHONY** fraudulently obtained the debit card account information and PIN associated with an account ending in #3170, from a Circle K customer, and provided said information and PIN to a co-conspirator.

57.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $979.99 through a wire transfer in Tallahassee, Florida.

58.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the

11

related PIN to obtain $979.99 through a wire transfer in Tallahassee, Florida.

59.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $500.00 at an ATM in Tallahassee, Florida.

60.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $200.00 at an ATM in Tallahassee, Florida.

61.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $200.00 at an ATM in Tallahassee, Florida.

62.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $200.00 at an ATM in Tallahassee, Florida.

63.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $500.00 at an ATM in Tallahassee, Florida.

64.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $500.00 at an ATM in Tallahassee, Florida.

65.     That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN in an attempt to obtain $500.00 at an ATM in Tallahassee, Florida.

66. That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $100.00 at an ATM in Tallahassee, Florida

67. That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $200.00 at an ATM in Tallahassee, Florida.

68. That on or about September 11, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #3170, and used the related PIN to obtain $100.00 at an ATM in Tallahassee, Florida.

69. That on or about September 10, 2009, in Tallahassee, Florida, defendant **COREY ANTHONY** fraudulently obtained the debit card account information and PIN associated with an account ending in #8367, from a Circle K customer, and provided said information and PIN to a co-conspirator.

70. That on or about September 12, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #8367, and used the related PIN to obtain $979.99 through a wire transfer in Tallahassee, Florida.

71. That on or about September 12, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #8367, and used the related PIN to obtain $500.00 at an ATM in Tallahassee, Florida.

72. That on or about September 12, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #8367, and used the related PIN to obtain $500.00 at an ATM in Tallahassee, Florida.

73.     That on or about September 12, 2009, defendants **JUNIOR DOGUER** and **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #8367, and used the related PIN to conduct a balance inquiry at an ATM in Tallahassee, Florida.

74.     That on or about September 13, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #8367, and used the related PIN to obtain $503.00 at an ATM in Tallahassee, Florida.

75.     That on or about September 13, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #8367, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

76.     That on or about September 13, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #8367, and used the related PIN to obtain $203.00 at an ATM in Tallahassee, Florida.

77.     That on or about September 12, 2009, in Tallahassee, Florida, defendant **COREY ANTHONY** fraudulently obtained the debit card account information and PIN associated with an account ending in #9523, from a Circle K customer, and provided said information and PIN to a co-conspirator.

78.     That on or about September 13, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #9523, and used the related PIN to conduct a balance inquiry at an ATM in Tallahassee, Florida.

79.     That on or about September 13, 2009, defendant **JAVON WIGGINS** fraudulently used a counterfeit card encoded with information associated with an account ending in #9523, and used the

related PIN in an attempt to obtain $202.00 from an ATM in Tallahassee, Florida.

All in violation of Title 18, United States Code, Sections 371 and 1029(a)(2).

## COUNT TWO

That between on or about July 15, 2009, and on or about October 21, 2009, in the Northern

District of Florida and elsewhere, the defendants,

**DEVIN PASCHALL,**
**AUDREY KENNEDY,**
**GABRIELLE BUTLER,**
**COREY ANTHONY,**
**REGINALD VOLTAIRE,**
**JUNIOR DOGUER,**
**and**
**JAVON WIGGINS,**

did knowingly and with the intent to defraud, during a one (1) year period, traffic in and use one or

more unauthorized access devices, namely, debit card account numbers and PINs, and by such conduct,

obtained things of value aggregating more than $1,000 during a one (1) year period, and in so doing

affected interstate commerce.

In violation of Title 18, United States Code, Sections 1029(a)(2), 1029(c) and 2.

## COUNT THREE

That between on or about August 21, 2009, and on or about September 10, 2009, in the

Northern District of Florida, the defendant,

**DEVIN PASCHALL,**

did knowingly transfer, possess and use, without lawful authority, a means of identification of another

person, namely, access devices, further described as five sixteen-digit debit card account numbers, the

last four digits of which were #3955, #7667, #6704, #2017, and #9033, and the PINs associated with

these accounts, during and in relation to a felony violation enumerated in Title 18, United States Code,

15

Section 1028A(c), that is, conspiracy to traffic in and use unauthorized access devices as charged in Count One of this Indictment and trafficking in and use of unauthorized access devices as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1028A and 2.

### COUNT FOUR

That between on or about August 18, 2009, and on or about September 13, 2009, in the Northern District of Florida, the defendant,

### AUDREY KENNEDY,

did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, namely, access devices, further described as three sixteen-digit debit card account numbers, the last four digits of which were #9682, #1155, and #1324, and the PINs associated with these accounts, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, conspiracy to traffic in and use unauthorized access devices as charged in Count One of this Indictment and  trafficking in and use of unauthorized access devices as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1028A and 2.

### COUNT FIVE

That between on or about September 6, 2009, and on or about September 21, 2009, in the Northern District of Florida, the defendant,

### GABRIELLE BUTLER,

did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, namely, access devices, further described as three sixteen-digit debit card account numbers, the

last four digits of which were #1222, #3162, and #3183, and the PINs associated with these accounts, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, conspiracy to traffic in and use unauthorized access devices as charged in Count One of this Indictment and trafficking in and use of unauthorized access devices as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1028A and 2.

### COUNT SIX

That between on or about September 1, 2009, and on or about September 13, 2009, in the Northern District of Florida, the defendant,

### COREY ANTHONY,

did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, namely, access devices, further described as five sixteen-digit debit card account numbers, the last four digits of which were #7818, #6711, #3170, #8367 and #9523, and the PINs associated with these accounts, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, conspiracy to traffic in and use unauthorized access devices as charged in Count One of this Indictment and trafficking in and use of unauthorized access devices as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1028A and 2.

### COUNT SEVEN

That between on or about August 19, 2009, and on or about October 21, 2009, in the Northern District of Florida, the defendant,

### REGINALD VOLTAIRE,

17

did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, namely, access devices, further described as four sixteen-digit debit card account numbers, the last four digits of which were #9682, #7667, #6704 and #2017, and the PINs associated with these accounts, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, conspiracy to traffic in and use unauthorized access devices as charged in Count One of this Indictment and trafficking in and use of unauthorized access devices as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT EIGHT

That between on or about September 10, 2009, and on or about September 21, 2009, in the Northern District of Florida, the defendant,

## JUNIOR DOGUER,

did knowingly transfer, possess and use, without lawful authority, a means of identification of another person, namely, access devices, further described as six sixteen-digit debit card account numbers, the last four digits of which were #1155, #1324, #9033, #1222, #3162 and #3183, and the PINs associated with these accounts, during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, conspiracy to traffic in and use unauthorized access devices as charged in Count One of this Indictment and  trafficking in and use of unauthorized access devices as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1028A and 2.

## COUNT NINE

That between on or about August 25, 2009, and on or about September 13, 2009, in the

Northern District of Florida, the defendant,

**JAVON WIGGINS,**

did knowingly transfer, possess and use, without lawful authority, a means of identification of another

person, namely, access devices, further described as six sixteen-digit debit card account numbers, the

last four digits of which were #7667, #1222, #7818, #3170, #8367 and #9523, and the PINs associated

with these accounts, during and in relation to a felony violation enumerated in Title 18, United States

Code, Section 1028A(c), that is, conspiracy to traffic in and use unauthorized access devices as charged

in Count One of this Indictment and trafficking in and use of unauthorized access devices as charged

in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 1028A and 2.

## FORFEITURES

The allegations contained in Counts One and Two of this Indictment are hereby realleged and

incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18,

United States Code, Sections 982(a)(2)(B) and 1029(c)(2).

From their engagement in any or all of the violations alleged in Counts One and Two of this

Indictment, the defendants,

**DEVIN PASCHALL,**
**AUDREY KENNEDY,**
**GABRIELLE BUTLER,**
**COREY ANTHONY,**
**REGINALD VOLTAIRE,**
**JUNIOR DOGUER,**
**and**
**JAVON WIGGINS,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 982(a)(2)(b) and

1029(c)(2), any and all of the defendants' right, title and interest in any property, real and personal,

19

constituting, and derived from proceeds traceable to such offenses.

If any of the property described above as being subject to forfeiture, as a result of acts or omissions of the defendants:

1. cannot be located upon the exercise of due diligence;

2. has been transferred or sold to or deposited with a third party;

3. has been placed beyond the jurisdiction of the Court;

4. has been substantially diminished in value; or

5. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property

A TRUE BILL:

REDACTED

FOREPERSON

4/1/2009
DATE

THOMAS F. KIRWIN
United States Attorney

CHRISTOPHER P. CANOVA
Assistant United States Attorney

20

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*4:09cr73-005(S) - REGINALD VOLTAIRE*

Page 1 of 11

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CERTIFIED A TRUE COPY
WILLIAM M. McCOOL, Clerk

By: _____
Deputy Clerk

### UNITED STATES OF AMERICA

-vs-

Case # 4:09cr73-005 (S)

### REGINALD VOLTAIRE

USM # 12380-017

Defendant's Attorney:
**Kenneth Weisman (Retained)**
**1571 NW 13th Court**
**Miami, Florida 33125-1605**

### JUDGMENT IN A CRIMINAL CASE

The defendant pled guilty to Counts 1, 2 and 7 of the Superseding Indictment on February 9, 2010. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such counts which involve the following offenses:

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. §§ 371, 1029(b)(2) and 1029(c) | Conspiracy to Commit Fraud in Connection with Counterfeit Credit Cards or Other Access Devices | October 21, 2009 | 1 |
| 18 U.S.C. §§ 1029(a)(2), 1029(c) and 2 | Fraud in Connection with Counterfeit Cards or Other Access Devices and Aiding and Abetting | October 21, 2009 | 2 |
| 18 U.S.C. § 1028A | Aggravated Identity Theft | October 21, 2009 | 7 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*4:09cr73-005(S) - REGINALD VOLTAIRE*

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
May 13, 2010


s/Robert L. Hinkle
United States District Judge
May 17, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **60 months on Count One, 78 months concurrent on Count Two, and 24 months consecutive on Count Seven, for a total of 102 months.**

The Court recommends to the Bureau of Prisons:

1. **That the Defendant be designated to a facility as near as possible to Miami, Florida.**

2. **That the Defendant be considered for designation to a residential reentry center under the Second Chance Act if and when he becomes eligible.**

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years as to Counts 1 and 2, 1 year as to Count 7, all to run concurrently.**

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime and shall not possess a firearm, destructive device, or any other dangerous weapon.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

The defendant shall cooperate in the collection of DNA as directed by the probation officer.

## STANDARD CONDITIONS OF SUPERVISION

The defendant shall comply with the following standard conditions that have been adopted by this court.

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;

2. the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4. the defendant shall support his or her dependents and meet other family responsibilities;

5. the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6. the defendant shall notify the probation officer at least 10 days prior to any change in residence or employment;

7. the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9. the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11. the defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and

13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

14. if this judgment imposes a fine or a restitution obligation, it shall be a condition of supervision that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*4:09cr73-005(S) - REGINALD VOLTAIRE*

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant must report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

2. The defendant must not own or possess a firearm, dangerous weapon, or destructive device.

3. The defendant must submit to testing to determine whether he is using drugs or alcohol.

4. The defendant must provide the probation officer all requested financial information, business or personal.

5. The defendant must make payments toward any unpaid restitution balance in the amount of at least **$100.00** per month (or any adjusted amount set by further court order based on the defendant's ability to pay from time to time) commencing within 60 days following defendant's release from custody.

6. The defendant must cooperate with the probation department and/or the appropriate state agency in the establishment and enforcement of child support payments and must make all required child support payments.

Upon a finding of a violation of probation or supervised release, I understand the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions and have been provided a copy of them.

_____          _____

Defendant                                                          Date


_____          _____

U.S. Probation Officer/Designated Witness          Date

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*
*4:09cr73-005(S) - REGINALD VOLTAIRE*

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made to the Clerk, U.S. District Court, unless otherwise directed by the Court. Payments shall be made payable to the Clerk, U.S. District Court, and mailed to 111 N. Adams St., Suite 322, Tallahassee, FL 32301-7717. Payments can be made in the form of cash if paid in person.

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

### SUMMARY

| Special Monetary Assessment | Fine | Restitution |
|---|---|---|
| $300.00 | -0- | $209,155.36 |

### SPECIAL MONETARY ASSESSMENT

A special monetary assessment of **$300.00** is imposed.

No fine imposed.

### RESTITUTION

Restitution in the amount of **$209,155.36** is imposed.

The defendant shall make restitution to the following victims in the amounts listed below payable to the **U.S. District Clerk's Office, Attn: Financial Section, 111 N. Adams Street, Tallahassee, Florida 32301.**

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*

*4:09cr73-005(S) - REGINALD VOLTAIRE*

Page 9 of 11

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered |
|---|---|---|
| **Amphibious Base Bank** | $2,465.43 | $2,465.43 |
| **Achieva CU** | $742.00 | $742.00 |
| **Bank of America** | $45,787.70 | $45,787.70 |
| **BB and T** | $44.66 | $44.66 |
| **Capital City Bank** | $17,492.53 | $17,492.53 |
| **Citizens Bank** | $1,006.00 | $1,006.00 |
| **Chase Bank** | $357.00 | $357.00 |
| **Community Edu CU** | $450.00 | $450.00 |
| **Comerica Bank** | $509.00 | $509.00 |
| **Compass Bank** | $78.48 | $78.48 |
| **Eastern Financial CU** | $915.00 | $915.00 |
| **Envision CU** | $5,924.50 | $5,924.50 |
| **Essex Bank** | $1,483.00 | $1,483.00 |
| **FSU Credit Union** | $6,672.73 | $6,672.73 |
| **Farmers & Merchants** | $3,376.71 | $3,376.71 |
| **FL Commerce CU** | $16,184.37 | $16,184.37 |
| **Fifth Third Bank** | $912.00 | $912.00 |
| **FL Telco** | $505.00 | $505.00 |
| **H & R Block Bank** | $385.45 | $385.45 |
| **Hancock Bank** | $1,114.00 | $1,114.00 |
| **Harris National** | $95.23 | $95.23 |

| | | |
|---|---|---|
| **IBEW CU** | **$690.00** | **$690.00** |
| **JP Morgan/Chase** | **$361.55** | **$361.55** |
| **Premier America CU** | **$500.00** | **$500.00** |
| **Premier Bank** | **$772.29** | **$772.29** |
| **Regions Bank** | **$1,510.50** | **$1,510.50** |
| **Riverside National Bank** | **$1,015.00** | **$1,015.00** |
| **Sharefax CU** | **$377.29** | **$377.29** |
| **State Employees CU; FL** | **$664.50** | **$664.50** |
| **State Employees NC** | **$504.00** | **$504.00** |
| **Sunshine Savings Bank** | **$1,117.90** | **$1,117.90** |
| **Sunstate FCU** | **$126.25** | **$126.25** |
| **SunTrust Bank** | **$36,107.34** | **$36,107.34** |
| **TMH FCU** | **$808.50** | **$808.50** |
| **U.S. Bank** | **$7,408.71** | **$7,408.71** |
| **Wachovia Bank** | **$50,690.74** | **$50,690.74** |

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise. If nominal payments are made by the defendant the court authorizes those payments to be made to the victims on a rotating basis.

The amount of loss and the amount of restitution ordered will be the same unless, pursuant to 18 U.S.C. § 3664(f)(3)(B), the court orders nominal payments and this is reflected in the Statement of Reasons page.

**Restitution in the amount of $209,155.36 is hereby ordered jointly and severally with: Co-defendants Junior Doguer and Javon Wiggins.**

## SCHEDULE OF PAYMENTS

Payments shall be applied in the following order: (1) special monetary assessment; (2) non-federal victim restitution; (3) federal victim restitution; (4) fine principal; (5) costs; (6) interest; (7) penalties

Payment of the total fine and other criminal monetary penalties shall be due as follows:

in full immediately

The defendant must notify the court of any material changes in the defendant's economic circumstances, in accordance with 18 U.S.C. §§ 3572(d), 3664(k) and 3664(n). Upon notice of a change in the defendant's economic condition, the Court may adjust the installment payment schedule as the interests of justice require.

Special instructions regarding the payment of criminal monetary penalties pursuant to 18 U.S.C. § 3664(f)(3)(A):

Unless the court has expressly ordered otherwise above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. In the event the entire amount of monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due. The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

The defendant shall forfeit the defendant's interest in the following property to the United States:

1. **Miscellaneous Firearms, more specifically described as:**
   a. **Colt AR-15 rifle, Serial Number TA 10024**
   b. **FNH Five-Seven handgun, Serial Number 386191107**
   c. **Ruger SR9 handgun, Serial Number 33065728**

2. **Miscellaneous Items of Jewelry, more specifically described as:**
   a. **10k gold Men's bar bracelet with colorless and green stones**
   b. **small 10k gold Men's ring with colorless and green stones**
   c. **large 10k gold Men's ring with colorless and green stones**
   d. **Joe Rodeo watch, model JRP3L**

3. **2003 Infiniti G35, VIN: JNKCV51E43M019295**

4.    Miscellaneous Items of Electronic Equipment, more specifically described as:

    a.    Boost Mobile cell phone in black case, S/N 001702555319810

    b.    Metro PCS cell phone in black case, S/N A000000E70E35A

    c.    Metro PCS cell phone in black case, S/N A000000E87F0B4

    d.    Sprint Blackberry 9630 in black case, S/N A000000D40922C

5.    Plano gun guard plastic rifle case

CLOSED,2255,R&R

# U.S. District Court
## Northern District of Florida (Tallahassee)
## CRIMINAL DOCKET FOR CASE #: 4:09-cr-00073-RH-CAS All Defendants

Case title: USA v. PASCHALL et al
Related  Cases:  4:12-cv-00301-RH-CAS
                 4:11-cv-00334-RH-CAS

Date Filed: 12/01/2009
Date Terminated: 05/17/2010

---

Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE
CHARLES A STAMPELOS

**Defendant (1)**

**DEVIN PASCHALL**
*TERMINATED: 05/17/2010*

represented by **GWENDOLYN SPIVEY**
Email: gwen_spivey@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community*
*Defender Appointment*

**RANDOLPH P MURRELL**
FEDERAL PUBLIC DEFENDER OFFICE -
TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850-942-8818
Fax: 850-942-8809
Email: randolph_murrell@fd.org
*TERMINATED: 09/26/2013*
*LEAD ATTORNEY*
*Designation: Public Defender or Community*
*Defender Appointment*

**WILLIAM EDWARD BUBSEY**
WILLIAM E BUBSEY PA -
TALLAHASSEE FL
PO BOX 13043
TALLAHASSEE, FL 32317
850-524-0811
Fax: 850-222-8826
Email: webubsey@gmail.com
*LEAD ATTORNEY*
*Designation: Retained*

**Pending Counts**                                     **Disposition**

| | |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE<br>(1s) | Defendant sentenced to 6 months BOP on Counts 1s, 2s, 3s all to run concurrent. Defendant placed on 6 months Home Detention on all counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 3s to run concurrent after release. 80 hours Community Service. Restitution $107,456.41. SMA $300.00. Fine Waived. |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE<br>(2s) | Defendant sentenced to 6 months BOP on Counts 1s, 2s, 3s all to run concurrent. Defendant placed on 6 months Home Detention on all counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 3s to run concurrent after release. 80 hours Community Service. Restitution $107,456.41. SMA $300.00. Fine Waived. |
| FRAUD WITH IDENTIFICATION DOCUMENTS<br>(3s) | Defendant sentenced to 6 months BOP on Counts 1s, 2s, 3s all to run concurrent. Defendant placed on 6 months Home Detention on all counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 3s to run concurrent after release. 80 hours Community Service. Restitution $107,456.41. SMA $300.00. Fine Waived. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE<br>(1) | |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE<br>(2) | |
| FRAUD WITH IDENTIFICATION DOCUMENTS<br>(3) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE
WILLIAM C SHERRILL, JR

## Defendant (2)

**AUDREY KENNEDY**
*TERMINATED: 05/17/2010*

represented by **MATTHEW SHANE CASEY**
MATTHEW S CASEY LLC -
TALLAHASSEE FL
517 E COLLEGE AVE
TALLAHASSEE, FL 32302
850-222-1742
Fax: 850-224-2030
Email: mattcaseylaw@gmail.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
| --- | --- |
| ATTEMPTS TO COMMIT AN OFFENSE (1s) | Defendant sentenced to 6 months BOP on Counts 1s, 2s, 4s all to run concurrent. Defendant placed on 6 months Home Detention on all Counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 4s all to run concurrent after release. 80 hours Community Service. Restitution $47,441.71. SMA $300.00. Fine Waived. |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2s) | Defendant sentenced to 6 months BOP on Counts 1s, 2s, 4s all to run concurrent. Defendant placed on 6 months Home Detention on all Counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 4s all to run concurrent after release. 80 hours Community Service. Restitution $47,441.71. SMA $300.00. Fine Waived. |
| FRAUD WITH IDENTIFICATION DOCUMENTS (4s) | Defendant sentenced to 6 months BOP on Counts 1s, 2s, 4s all to run concurrent. Defendant placed on 6 months Home Detention on all Counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 4s all to run concurrent after release. 80 hours Community Service. Restitution $47,441.71. SMA $300.00. Fine Waived. |

## Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
| --- | --- |
| ATTEMPTS TO COMMIT AN OFFENSE (1) | |

PRODUCES/TRAFFICS IN COUNTERFEIT
DEVICE
(2)

FRAUD WITH IDENTIFICATION
DOCUMENTS
(4)

## Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE
WILLIAM C SHERRILL, JR

## Defendant (3)

**GABRIELLE BUTLER**
*TERMINATED: 05/17/2010*

represented by **WILLIAM ROURK CLARK , JR**
FEDERAL PUBLIC DEFENDER OFFICE -
TALLAHASSEE FL
227 N BRONOUGH ST - STE 4200
TALLAHASSEE, FL 32301
850-942-8818
Fax: 850-942-8809
Email: margaret_clemons@fd.org
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community
Defender Appointment*

| Pending Counts | Disposition |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE (1s) | Defendant sentenced to 6 months BOP on Count 1s, 2s to run concurrent and 24 months BOP on Count 5s to run consecutive for a total of 30 months BOP. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 5s all to run concurrent. Restitution $25,542.11. SMA $300.00. Fine Waived. |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2s) | Defendant sentenced to 6 months BOP on Count 1s, 2s to run concurrent and 24 months BOP on Count 5s to run consecutive for a total of 30 months BOP. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 5s all to run concurrent. Restitution $25,542.11. SMA $300.00. Fine Waived. |
| FRAUD WITH IDENTIFICATION DOCUMENTS (5s) | Defendant sentenced to 6 months BOP on Count 1s, 2s to run concurrent and 24 months BOP on Count 5s to run consecutive for a total of 30 months BOP. Defendant placed on |

3 years S/R on Counts 1s, 2s and 1 year S/R
on Count 5s all to run concurrent. Restitution
$25,542.11. SMA $300.00. Fine Waived.

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE (1) | |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2) | |
| FRAUD WITH IDENTIFICATION DOCUMENTS (5) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE
WILLIAM C SHERRILL, JR

**Defendant (4)**

**COREY ANTHONY**                    represented by   **RANDOLPH P MURRELL**
*TERMINATED: 05/17/2010*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*
                                                      *Designation: Public Defender or Community*
                                                      *Defender Appointment*

                                                      **BERNARD FRANCIS DALEY**
                                                      BERNARD F. DALEY, JR. PA -
                                                      TALLAHASSEE
                                                      901 N GADSDEN ST
                                                      TALLAHASSEE, FL 32303
                                                      850-224-5823
                                                      Fax: 850-222-4045
                                                      Email: daleylaw@nettally.com
                                                      *Designation: Public Defender or Community*
                                                      *Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|

| | |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE (1s) | Defendant sentenced to 12 months BOP on Counts 1s, 2s, 6s all to run concurrent. Defendant placed on S/R for 3 years on Counts 1s, 2s and 1 year S/R on Count 6s all to run concurrent. 80 hours Community Service. Restitution $58,667.35. SMA $300.00. Fine Waived. |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2s) | Defendant sentenced to 12 months BOP on Counts 1s, 2s, 6s all to run concurrent. Defendant placed on S/R for 3 years on Counts 1s, 2s and 1 year S/R on Count 6s all to run concurrent. 80 hours Community Service. Restitution $58,667.35. SMA $300.00. Fine Waived. |
| FRAUD WITH IDENTIFICATION DOCUMENTS (6s) | Defendant sentenced to 12 months BOP on Counts 1s, 2s, 6s all to run concurrent. Defendant placed on S/R for 3 years on Counts 1s, 2s and 1 year S/R on Count 6s all to run concurrent. 80 hours Community Service. Restitution $58,667.35. SMA $300.00. Fine Waived. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE (1) | |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2) | |
| FRAUD WITH IDENTIFICATION DOCUMENTS (6) | |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE
CHARLES A STAMPELOS

Appeals court case number: 10-12631-AA
USCA

**Defendant (5)**

**REGINALD VOLTAIRE**
*TERMINATED: 05/17/2010*

represented by **REGINALD VOLTAIRE**
12380017
YAZOO CITY LOW
FEDERAL CORRECTIONAL
INSTITUTION
INMATE MAIL / PARCELS
P O BOX 5000
YAZOO CITY, MS 39194
PRO SE

**KENNETH LEE WEISMAN**
LAW OFFICES OF KENNETH L
WEISMAN - MIAMI FL
1571 NW 13TH CT
MIAMI, FL 33125-1605
305-326-0330
Fax: 305-326-0219
Email: klwlaw@bellsouth.net
*TERMINATED: 10/28/2010*
*Designation: Retained*

**ROBERT AUGUSTUS HARPER , JR**
ROBERT A HARPER JR PA
325 W PARK AVE
TALLAHASSEE, FL 32301
850-224-5900
Fax: 850-224-9800
*TERMINATED: 08/11/2011*
*Designation: CJA Appointment*

**Pending Counts**

ATTEMPTS TO COMMIT AN OFFENSE
(1s)

PRODUCES/TRAFFICS IN COUNTERFEIT
DEVICE
(2s)

FRAUD WITH IDENTIFICATION
DOCUMENTS
(7s)

**Disposition**

Defendant sentenced to 60 months BOP on
Count 1s, 78 months BOP on Count 2s to run
concurrent, and 24 months BOP on Count 7s
to run consecutive for a total of 102 months
BOP. Defendant placed on S/R for 3 years on
Count 1s, 2s and 1 year S/R on Count 7s all to
run concurrent. Restitution $209,155.36.
SMA $300.00. Fine Waived.

Defendant sentenced to 60 months BOP on
Count 1s, 78 months BOP on Count 2s to run
concurrent, and 24 months BOP on Count 7s
to run consecutive for a total of 102 months
BOP. Defendant placed on S/R for 3 years on
Count 1s, 2s and 1 year S/R on Count 7s all to
run concurrent. Restitution $209,155.36.
SMA $300.00. Fine Waived.

Defendant sentenced to 60 months BOP on
Count 1s, 78 months BOP on Count 2s to run
concurrent, and 24 months BOP on Count 7s
to run consecutive for a total of 102 months
BOP. Defendant placed on S/R for 3 years on
Count 1s, 2s and 1 year S/R on Count 7s all to

run concurrent. Restitution $209,155.36.
SMA $300.00. Fine Waived.

### Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE (1) | |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2) | |
| FRAUD WITH IDENTIFICATION DOCUMENTS (7) | |

### Highest Offense Level (Terminated)

Felony

| Complaints | Disposition |
|---|---|
| None | |

---

Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE
CHARLES A STAMPELOS

Appeals court case number: 10-12399-A
USCA

### Defendant (6)

| | | |
|---|---|---|
| **JUNIOR DOGUER** *TERMINATED: 05/17/2010* | represented by | **JUNIOR DOGUER** 12381-017 FCI OAKDALE I 1507 EAST WHATLEY OAKDALE, LA 71463 PRO SE |

**MICHAEL ROBERT UFFERMAN**
MICHAEL UFFERMAN LAW FIRM PA
2022-1 RAYMOND DIEHL RD
TALLAHASSEE, FL 32308
850-386-2345
Fax: 850-224-2340
Email: ufferman@uffermanlaw.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**ROBERT ALEXANDER MORRIS**
LAW OFFICES OF ROBERT A MORRIS
LLC - TALLAHASSEE FL

911 E PARK AVE
TALLAHASSEE, FL 32301
850-792-1111
Fax: 850-792-1113
Email: alex@ramlawyer.com
*TERMINATED: 07/31/2010*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE (1s) | Defendant sentenced to 60 months BOP on Count 1s, 97 months BOP on Count 2s to run concurrent, and 24 months BOP on Count 8s to run consecutive for a total of 121 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 8s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2s) | Defendant sentenced to 60 months BOP on Count 1s, 97 months BOP on Count 2s to run concurrent, and 24 months BOP on Count 8s to run consecutive for a total of 121 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 8s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. |
| FRAUD WITH IDENTIFICATION DOCUMENTS (8s) | Defendant sentenced to 60 months BOP on Count 1s, 97 months BOP on Count 2s to run concurrent, and 24 months BOP on Count 8s to run consecutive for a total of 121 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 8s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| ATTEMPTS TO COMMIT AN OFFENSE (1) | |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2) | |
| FRAUD WITH IDENTIFICATION DOCUMENTS (8) | |

**Highest Offense Level (Terminated)**

Felony

## Complaints

None

---

Assigned to: JUDGE ROBERT L HINKLE
Referred to: MAGISTRATE JUDGE
WILLIAM C SHERRILL, JR

## Defendant (7)

**JAVON WIGGINS**
*TERMINATED: 05/17/2010*

represented by **CLIFFORD L DAVIS**
CLIFFORD L DAVIS ESQ
PO BOX 1057
MONTICELLO, FL 32345
850-997-0113
Fax: 850-997-0131
Email: cwbylwyr1@aol.com
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

| Pending Counts | Disposition |
| --- | --- |
| ATTEMPTS TO COMMIT AN OFFENSE (1s) | Defendant sentenced to 18 months BOP on Counts 1s, 2s to run concurrent, and 9 months BOP on Count 9s to run consecutive for a total of 27 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 9s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. |
| PRODUCES/TRAFFICS IN COUNTERFEIT DEVICE (2s) | Defendant sentenced to 18 months BOP on Counts 1s, 2s to run concurrent, and 9 months BOP on Count 9s to run consecutive for a total of 27 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 9s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. |
| FRAUD WITH IDENTIFICATION DOCUMENTS (9s) | Defendant sentenced to 18 months BOP on Counts 1s, 2s to run concurrent, and 9 months BOP on Count 9s to run consecutive for a total of 27 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 9s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. |

## Highest Offense Level (Opening)

Felony

| Terminated Counts | Disposition |
| --- | --- |

ATTEMPTS TO COMMIT AN OFFENSE
(1)

PRODUCES/TRAFFICS IN COUNTERFEIT
DEVICE
(2)

FRAUD WITH IDENTIFICATION
DOCUMENTS
(9)

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
| --- | --- |
| None | |

**Garnishee**

**ALARM INTERNATIONAL**               represented by   **ALARM INTERNATIONAL**
                                                       C/O COREY CAMERON
                                                       367 MARPAN LN
                                                       TALLAHASSEE, FL 32305
                                                       PRO SE

**Garnishee**

**CITRUS WORLD**
*doing business as*
FLORIDA'S NATURAL GROWERS

**Plaintiff**

**USA**                               represented by   **CHRISTOPHER P CANOVA**
                                                       US ATTORNEY - TALLAHASSEE FL
                                                       111 N ADAMS ST
                                                       4TH FL
                                                       TALLAHASSEE, FL 32301
                                                       850/942-8430
                                                       Fax: 942-8424
                                                       Email: chris.canova@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*
                                                       *Designation: Retained*

                                                       **TERRY J FLYNN**
                                                       US ATTORNEY - TALLAHASSEE FL
                                                       NORTHERN DISTRICT OF FLORIDA
                                                       111 N ADAMS ST
                                                       4TH FL
                                                       TALLAHASSEE, FL 32301

850-942-8430
Fax: 850-942-8448
Email: Theresa.Flynn@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**COREY J SMITH**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8448
Email: c.j.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ERIC K MOUNTIN**
UNITED STATES ATTORNEY'S OFFICE -
TALLAHASSEE
111 NORTH ADAMS
TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8424
Email: eric.mountin@usdoj.gov
*ATTORNEY TO BE NOTICED*

**HERBERT STANLEY LINDSEY**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8424
Email: herbert.lindsey@usdoj.gov
*ATTORNEY TO BE NOTICED*

**PAUL ALAN SPROWLS**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL
TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8466
Email: dornell.i.hunt@usdoj.gov
*ATTORNEY TO BE NOTICED*

**ROBERT DEL STINSON**
US ATTORNEY - TALLAHASSEE FL
NORTHERN DISTRICT OF FLORIDA
111 N ADAMS ST
4TH FL

TALLAHASSEE, FL 32301
850-942-8430
Fax: 850-942-8448
*Designation: Retained*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/01/2009 | 1 | INDICTMENT (PDF redacted per privacy policy) as to DEVIN PASCHALL (1) count(s) 1, 2, 3, AUDREY KENNEDY (2) count(s) 1, 2, 4, GABRIELLE BUTLER (3) count(s) 1, 2, 5, COREY ANTHONY (4) count(s) 1, 2, 6, REGINALD VOLTAIRE (5) count(s) 1, 2, 7, JUNIOR DOGUER (6) count(s) 1, 2, 8, JAVON WIGGINS (7) count(s) 1, 2, 9. (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 2 | Sealed Document -- Unredacted Indictment. (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 3 | CRIMINAL COVER SHEET by USA as to DEVIN PASCHALL (PDF sealed per Privacy Policy). (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 4 | CRIMINAL COVER SHEET by USA as to AUDREY KENNEDY (PDF sealed per Privacy Policy). (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 5 | CRIMINAL COVER SHEET by USA as to GABRIELLE BUTLER (PDF sealed per Privacy Policy). (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 6 | CRIMINAL COVER SHEET by USA as to COREY ANTHONY (PDF sealed per Privacy Policy). (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 7 | CRIMINAL COVER SHEET by USA as to REGINALD VOLTAIRE (PDF sealed per Privacy Policy). (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 8 | CRIMINAL COVER SHEET by USA as to JUNIOR DOGUER (PDF sealed per Privacy Policy). (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 9 | CRIMINAL COVER SHEET by USA as to JAVON WIGGINS (PDF sealed per Privacy Policy). (jwm) (Entered: 12/04/2009) |
| 12/01/2009 | 10 | ORDER FOR ISSUANCE OF ARREST WARRANT as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER, JAVON WIGGINS. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/1/09. (jwm) (Entered: 12/04/2009) |
| 12/03/2009 | 12 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR: Initial Appearance as to DEVIN PASCHALL held on 12/3/2009, Added attorney WILLIAM EDWARD BUBSEY for defendant. (Court Reporter FTR TLH.) (amm) (Entered: 12/04/2009) |
| 12/03/2009 | 13 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to DEVIN PASCHALL (1) Count 1,2,3 held on 12/3/2009 (Court Reporter FTR TLH.) (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 14 | ORDER SETTING CONDITIONS OF RELEASE as to DEVIN PASCHALL. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/3/09. (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 15 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR: Initial Appearance as to AUDREY KENNEDY held on 12/3/2009, Added attorney MATTHEW SHANE CASEY for defendant. (Court Reporter FTR TLH.) (amm) (amm). (Entered: 12/06/2009) |
| 12/03/2009 | 16 | |

| | | |
|---|---|---|
| | | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to AUDREY KENNEDY (2) Count 1,2,4 held on 12/3/2009 (Court Reporter FTR TLH.) (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 17 | ORDER SETTING CONDITIONS OF RELEASE as to AUDREY KENNEDY. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/3/09. (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 18 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR: Initial Appearance as to GABRIELLE BUTLER held on 12/3/2009, Added attorney WILLIAM ROURK CLARK, JR for defendant. (Court Reporter FTR TLH.) (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 19 | CJA 23 Financial Affidavit by GABRIELLE BUTLER (PDF sealed per Privacy Policy) (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 20 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to GABRIELLE BUTLER. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/3/09. (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 21 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to GABRIELLE BUTLER (3) Count 1,2,5 held on 12/3/2009 (Court Reporter FTR TLH.) (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 22 | ORDER SETTING CONDITIONS OF RELEASE as to GABRIELLE BUTLER. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/3/09. (amm) (Entered: 12/06/2009) |
| 12/03/2009 | 23 | SCHEDULING ORDER as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER: Jury Trial set for 2/1/2010 8:15 AM in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/3/09. (amm) (Entered: 12/06/2009) |
| 12/04/2009 | 24 | ARREST Warrant Returned Executed on 12/3/09 in case as to DEVIN PASCHALL. (jwm) (Entered: 12/08/2009) |
| 12/04/2009 | 25 | ARREST Warrant Returned Executed on 12/3/09 in case as to AUDREY KENNEDY. (jwm) (Entered: 12/08/2009) |
| 12/04/2009 | 26 | ARREST Warrant Returned Executed on 12/3/09 in case as to GABRIELLE BUTLER. (jwm) (Entered: 12/08/2009) |
| 12/16/2009 | 27 | NOTICE OF ATTORNEY APPEARANCE: KENNETH LEE WEISMAN appearing for REGINALD VOLTAIRE (WEISMAN, KENNETH) (Entered: 12/16/2009) |
| 12/16/2009 | 28 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Initial Appearance as to COREY ANTHONY held on 12/16/2009, Added attorney BERNARD FRANCIS DALEY for defendant. (Court Reporter FTR TLH.) (amm) (Entered: 12/17/2009) |
| 12/16/2009 | 29 | CJA 23 Financial Affidavit by COREY ANTHONY (PDF sealed per Privacy Policy) (amm) (Entered: 12/17/2009) |
| 12/16/2009 | 30 | ORDER APPOINTING CJA ATTORNEY as to COREY ANTHONY. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/16/09. (amm) (Entered: 12/17/2009) |
| 12/16/2009 | 31 | ORDER SETTING CONDITIONS OF RELEASE as to COREY ANTHONY. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/16/09. (amm) (Entered: 12/17/2009) |

| 12/16/2009 | 32 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to COREY ANTHONY (4) Count 1,2,6 held on 12/16/2009 (Court Reporter FTR TLH.) (amm) (Entered: 12/17/2009) |
| --- | --- | --- |
| 12/16/2009 | 33 | SCHEDULING ORDER as to COREY ANTHONY: Jury Trial set for **2/1/2010 8:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE.Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/16/09. (amm) (Entered: 12/17/2009) |
| 12/17/2009 | 34 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Initial Appearance as to REGINALD VOLTAIRE held on 12/17/2009 (Court Reporter FTR TLH.) (amm) (Entered: 12/21/2009) |
| 12/17/2009 | 35 | ORDER SETTING CONDITIONS OF RELEASE as to REGINALD VOLTAIRE. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/17/09. (amm) (Entered: 12/21/2009) |
| 12/17/2009 | 36 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to REGINALD VOLTAIRE (5) Count 1,2,7 held on 12/17/2009 (Court Reporter FTR TLH.) (amm) (Entered: 12/21/2009) |
| 12/17/2009 | 37 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Initial Appearance as to JUNIOR DOGUER held on 12/17/2009, Added attorney ROBERT ALEXANDER MORRIS for defendant. (Court Reporter FTR TLH.) (amm) (Entered: 12/21/2009) |
| 12/17/2009 | 38 | ORDER OF DETENTION PENDING TRIAL as to JUNIOR DOGUER. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/17/09. (amm) (Entered: 12/21/2009) |
| 12/17/2009 | 39 | Minute Entry for proceedings held before MAGISTRATE JUDGE WILLIAM C SHERRILL, JR:Arraignment as to JUNIOR DOGUER (6) Count 1,2,8 held on 12/17/2009 (Court Reporter FTR TLH.) (amm) (Entered: 12/21/2009) |
| 12/21/2009 | 40 | SCHEDULING ORDER as to REGINALD VOLTAIRE, JUNIOR DOGUER: Jury Trial set for **2/1/2010 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/17/09. (amm) (Entered: 12/21/2009) |
| 12/28/2009 | 41 | ARREST Warrant Returned Executed on 12/17/09 in case as to JUNIOR DOGUER. (jwm) (Entered: 12/28/2009) |
| 12/28/2009 | 42 | ARREST Warrant Returned Executed on 12/17/09 in case as to REGINALD VOLTAIRE. (jwm) (Entered: 12/28/2009) |
| 12/28/2009 | 43 | ARREST Warrant Returned Executed on 12/16/09 in case as to COREY ANTHONY. (jwm) (Entered: 12/28/2009) |
| 01/05/2010 | 44 | SUPERSEDING INDICTMENT (PDF redacted per privacy policy) as to DEVIN PASCHALL (1) count(s) 1s, 2s, 3s, AUDREY KENNEDY (2) count(s) 1s, 2s, 4s, GABRIELLE BUTLER (3) count(s) 1s, 2s, 5s, COREY ANTHONY (4) count(s) 1s, 2s, 6s, REGINALD VOLTAIRE (5) count(s) 1s, 2s, 7s, JUNIOR DOGUER (6) count(s) 1s, 2s, 8s, JAVON WIGGINS (7) count(s) 1s, 2s, 9s. (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 45 | Sealed Document -- Unredacted Superseding Indictment. (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 46 | CRIMINAL COVER SHEET by USA as to DEVIN PASCHALL (PDF sealed per Privacy Policy). (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 47 | CRIMINAL COVER SHEET by USA as to AUDREY KENNEDY (PDF sealed per Privacy Policy). (jwm) (Entered: 01/08/2010) |

| | | |
|---|---|---|
| 01/05/2010 | 48 | CRIMINAL COVER SHEET by USA as to GABRIELLE BUTLER (PDF sealed per Privacy Policy). (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 49 | CRIMINAL COVER SHEET by USA as to COREY ANTHONY (PDF sealed per Privacy Policy). (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 50 | CRIMINAL COVER SHEET by USA as to REGINALD VOLTAIRE (PDF sealed per Privacy Policy). (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 51 | CRIMINAL COVER SHEET by USA as to JUNIOR DOGUER (PDF sealed per Privacy Policy). (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 52 | CRIMINAL COVER SHEET by USA as to JAVON WIGGINS (PDF sealed per Privacy Policy). (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 53 | ORDER FOR ISSUANCE OF ARREST WARRANT as to JAVON WIGGINS. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 1/5/10. (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 55 | REQUEST FOR SUMMONS by USA. (jwm) (Entered: 01/08/2010) |
| 01/05/2010 | 56 | Summons Issued in case as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER. (jwm) (Entered: 01/08/2010) |
| 01/06/2010 | 57 | Rule 5(c)(3) Documents Received as to JAVON WIGGINS from USDC Southern District of Florida. (jwm) (Entered: 01/08/2010) |
| 01/11/2010 | 58 | ARREST Warrant Returned Executed on 12/15/09 in case as to JAVON WIGGINS. (jwm) (Entered: 01/12/2010) |
| 01/19/2010 | 59 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by GABRIELLE BUTLER. (amm) (Entered: 01/19/2010) |
| 01/20/2010 | 60 | NOTICE OF HEARING as to JUNIOR DOGUER: Change of Plea Hearing set for **1/27/2010 at 9:00 AM** in Tallahassee before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Jill May at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Jill May* <br> Courtroom Deputy Clerk (jwm) (Entered: 01/20/2010) |
| 01/20/2010 | 61 | NOTICE OF HEARING as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY: Change of Plea Hearing set for **1/27/2010 10:00 AM** in Tallahassee before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Courtroom 5 East, Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Jill May at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Jill May* <br> Courtroom Deputy Clerk (jwm) (Entered: 01/20/2010) |

| 01/20/2010 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE WILLIAM C SHERRILL, JR notified that action is needed Re: 57 Rule 5(c)(3) Documents Received. (amm) (Entered: 01/20/2010) |
|---|---|---|
| 01/21/2010 | 62 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by AUDREY KENNEDY. (amm) (Entered: 01/22/2010) |
| 01/21/2010 | 65 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Initial Appearance as to JAVON WIGGINS held on 1/21/2010, Added attorney CLIFFORD L DAVIS for JAVON WIGGINS. (Court Reporter FTR TLH.) (amm) (Entered: 01/26/2010) |
| 01/21/2010 | 66 | CJA 23 Financial Affidavit by JAVON WIGGINS (PDF sealed per Privacy Policy) (amm) (Entered: 01/26/2010) |
| 01/21/2010 | 67 | ORDER APPOINTING CJA ATTORNEY as to JAVON WIGGINS. Signed by JUDGE ROBERT L HINKLE on 1/21/10. (amm) (Entered: 01/26/2010) |
| 01/21/2010 | 68 | ORDER OF DETENTION as to JAVON WIGGINS. Signed by JUDGE ROBERT L HINKLE on 1/21/10. (amm) (Entered: 01/26/2010) |
| 01/21/2010 | 69 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Arraignment as to JAVON WIGGINS (7) Count 1s,2s,9s held on 1/21/2010 (Court Reporter FTR TLH.) (amm) (Entered: 01/26/2010) |
| 01/21/2010 | 70 | SCHEDULING ORDER as to JAVON WIGGINS: Jury Trial set for **3/15/2010 8:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by JUDGE ROBERT L HINKLE on 1/21/10. (amm) (Entered: 01/26/2010) |
| 01/25/2010 | 63 | NOTICE OF RESCHEDULED HEARING as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY: Change of Plea Hearing reset for **1/28/2010 11:30 AM** in Tallahassee before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Courtroom 5 East, Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Jill May at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Jill May* <br> Courtroom Deputy Clerk (jwm) (Entered: 01/25/2010) |
| 01/25/2010 | 64 | MOTION to Continue *Trial* by REGINALD VOLTAIRE. (WEISMAN, KENNETH) (Entered: 01/25/2010) |
| 01/26/2010 | 71 | ORDER RESCHEDULING TRIAL FOR MARCH 15, 2010. GRANTING 54 Motion to Continue as to REGINALD VOLTAIRE. Time excluded from 2/1/2010 until 3/14/2010.( Jury Trial set for **3/15/2010 08:15 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE.). Signed by JUDGE ROBERT L HINKLE on 1/26/2010. (pll) (Entered: 01/26/2010) |
| 01/26/2010 | 73 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by COREY ANTHONY. (amm) (Entered: 01/27/2010) |
| 01/26/2010 | 74 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by REGINALD VOLTAIRE. (amm) (Entered: 01/27/2010) |
| 01/27/2010 | 72 | MOTION for Bill of Particulars by USA as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER, JAVON WIGGINS. (CANOVA, CHRISTOPHER) (Entered: 01/27/2010) |

| 01/27/2010 | 75 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to JUNIOR DOGUER held on 1/27/2010, Plea entered Guilty Count 1s,2s,8s. Sentencing is scheduled for 4/8/2010 at 12:45 pm. (Court Reporter Judy Nolton) (erl) (Entered: 01/27/2010) |
| --- | --- | --- |
| 01/27/2010 | 76 | STATEMENT OF FACTS by JUNIOR DOGUER. (erl) (Entered: 01/27/2010) |
| 01/27/2010 | 77 | PLEA AGREEMENT as to JUNIOR DOGUER. (erl) (Entered: 01/27/2010) |
| 01/27/2010 | 78 | Sealed Document. (erl) (Entered: 01/27/2010) |
| 01/27/2010 | 79 | NOTICE OF HEARING as to JUNIOR DOGUER: Sentencing set for **4/8/2010 12:45 PM** in Tallahassee before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 01/27/2010) |
| 01/28/2010 | 80 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to COREY ANTHONY held on 1/28/2010, Plea entered by Guilty Count 1s,2s,6s. Sentencing is set for 5/13/2010 at 9:00 am. Defendant is to remain on release. (Court Reporter Judy Nolton) (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 81 | STATEMENT OF FACTS by USA as to COREY ANTHONY. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 82 | PLEA AGREEMENT as to COREY ANTHONY. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 83 | Sealed Document. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 84 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to AUDREY KENNEDY held on 1/28/2010, Plea entered Guilty Count 1s, 2s, 4s. Sentencing is set for 5/13/2010 at 9:00 am. Defendant is to remain on release. (Court Reporter Judy Nolton) (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 85 | STATEMENT OF FACTS by USA as to AUDREY KENNEDY. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 86 | PLEA AGREEMENT as to AUDREY KENNEDY. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 87 | Sealed Document. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 88 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to GABRIELLE BUTLER held on 1/28/2010, Plea entered Guilty Count 1s,2s,5s. Sentencing is set for 5/13/2010 at 9:00 am. Defendant is to remain on release. (Court Reporter Judy Nolton) (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 89 | STATEMENT OF FACTS by USA as to GABRIELLE BUTLER. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 90 | PLEA AGREEMENT as to GABRIELLE BUTLER. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 91 | Sealed Document. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 92 | WAIVER of Personal Appearance at Arraignment and Entry of Plea of Not Guilty by DEVIN PASCHALL. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 93 | STATEMENT OF FACTS by USA as to DEVIN PASCHALL. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 94 | PLEA AGREEMENT as to DEVIN PASCHALL. (erl) (Entered: 01/28/2010) |

| | | |
|---|---|---|
| 01/28/2010 | 95 | Sealed Document. (erl) (Entered: 01/28/2010) |
| 01/28/2010 | 98 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to DEVIN PASCHALL held on 1/28/2010, Plea entered Guilty Count 1s,2s,3s. Sentencing is set for 5/13/2010 at 9:00 am. Defendant is to remain on release. (Court Reporter Judy Nolton) (erl) (Entered: 02/03/2010) |
| 02/02/2010 | 96 | NOTICE OF HEARING as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY: Sentencing set for **5/13/2010 09:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 02/02/2010) |
| 02/02/2010 | 97 | NOTICE OF HEARING as to JAVON WIGGINS: Change of Plea Hearing set for **2/9/2010 09:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 02/02/2010) |
| 02/05/2010 | 99 | NOTICE OF HEARING as to REGINALD VOLTAIRE: Change of Plea Hearing set for **2/9/2010 09:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 02/05/2010) |
| 02/09/2010 | 100 | NOTICE OF RESCHEDULED HEARING as to JUNIOR DOGUER: Sentencing rescheduled for **5/13/2010 10:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* |

*s/ Elizabeth Lawrence*
Courtroom Deputy Clerk (erl) (Entered: 02/09/2010)

| | | |
|---|---|---|
| 02/09/2010 | 101 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to REGINALD VOLTAIRE held on 2/9/2010. Plea entered Guilty Count 1s,2s,7s. Sentencing is set for 05/13/2010 at 10:00 am. Defendant is to remain on release. (Court Reporter Judy Nolton) (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 102 | STATEMENT OF FACTS by USA as to REGINALD VOLTAIRE. (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 103 | PLEA AGREEMENT as to REGINALD VOLTAIRE. (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 104 | Sealed Document. (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 105 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Change of Plea Hearing as to JAVON WIGGINS held on 2/9/2010. Plea entered Guilty Count 1s,2s,9s. Sentencing is set for 05/13/2010 at 10:00 am. Defendant is to remain in custody. (Court Reporter Judy Nolton) (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 106 | STATEMENT OF FACTS by USA as to JAVON WIGGINS. (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 107 | PLEA AGREEMENT as to JAVON WIGGINS. (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 108 | Sealed Document. (erl) (Entered: 02/09/2010) |
| 02/09/2010 | 109 | NOTICE OF HEARING as to REGINALD VOLTAIRE, JAVON WIGGINS: Sentencing set for **5/13/2010 10:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 02/09/2010) |
| 03/09/2010 | 110 | Second Bill of Particulars by USA as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER, JAVON WIGGINS. (CANOVA, CHRISTOPHER) Modified on 4/15/2010 (dlt). (Entered: 03/09/2010) |
| 03/25/2010 | 111 | ***PETITION AND ORDER Re Pretrial Release or Probation Violation as to REGINALD VOLTAIRE. Warrant Issued via a separate entry and forwarded to US Marshal. Signed by JUDGE ROBERT L HINKLE on 3/25/10. (amm) Modified on 4/16/2010 (tss). (Entered: 03/26/2010) |
| 04/02/2010 | 112 | CJA 20 as to COREY ANTHONY: The CJA attorney is directed to print attached CJA-20 PDF file. The CJA information packet should be obtained by accessing the **Forms & Publications - Attorneys** section of the NDFL web site located at www.flnd.uscourts.gov. Appointed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 12/16/09. (Attachments: # 1 CJA 24) (amm) (Entered: 04/02/2010) |
| 04/02/2010 | 113 | CJA 20 as to JAVON WIGGINS: The CJA attorney is directed to print attached CJA-20 PDF file. The CJA information packet should be obtained by accessing the **Forms & Publications - Attorneys** section of the NDFL web site located at www.flnd.uscourts.gov. Appointed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 1/21/10. (Attachments: # 1 CJA 24) (amm) (Entered: 04/02/2010) |

| 04/05/2010 | 114 | PSR Letter as to GABRIELLE BUTLER (dlt) (Entered: 04/07/2010) |
|---|---|---|
| 04/06/2010 | 115 | PSR Letter as to AUDREY KENNEDY (dlt) (Entered: 04/08/2010) |
| 04/06/2010 | 116 | PSR Letter as to COREY ANTHONY (dlt) (Entered: 04/08/2010) |
| 04/06/2010 | 117 | PSR Letter as to DEVIN PASCHALL (dlt) (Entered: 04/08/2010) |
| 04/08/2010 | 118 | NOTICE OF HEARING as to REGINALD VOLTAIRE: Bond Revocation Hearing set for **4/15/2010 12:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 04/08/2010) |
| 04/08/2010 | 119 | PSR Letter as to JAVON WIGGINS (erl) (Entered: 04/09/2010) |
| 04/09/2010 | 120 | PSR Letter as to JUNIOR DOGUER (erl) Modified on 4/21/2010 (erl). (Entered: 04/12/2010) |
| 04/09/2010 | 121 | PSR Letter as to REGINALD VOLTAIRE (erl) Modified on 4/21/2010 (erl). (Entered: 04/12/2010) |
| 04/14/2010 | 124 | Rule 5(c)(3) Documents Received as to REGINALD VOLTAIRE (Attachments: # 1 Docket and Filings, # 2 Bond Paperwork) (erl) (Entered: 04/16/2010) |
| 04/15/2010 | 122 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Bond Revocation Hearing as to REGINALD VOLTAIRE held on 4/15/2010. Defendant's release is revoked. Sentencing is set for 5/13/2010 at 10:00 am. (Court Reporter Judy Nolton) (Attachments: # 1 Exhibit List) (erl) (Entered: 04/15/2010) |
| 04/15/2010 | 123 | ORDER OF DETENTION as to REGINALD VOLTAIRE. Signed by JUDGE ROBERT L HINKLE on 04/15/2010. (erl) (Entered: 04/15/2010) |
| 04/19/2010 | 125 | MOTION to Continue *Sentencing Hearing* by REGINALD VOLTAIRE. (WEISMAN, KENNETH) (Entered: 04/19/2010) |
| 04/19/2010 | 126 | ARREST Warrant Returned Executed on 03/31/2010 in case as to REGINALD VOLTAIRE. (erl) (Entered: 04/20/2010) |
| 04/20/2010 | 127 | ORDER DENYING A CONTINUANCE OF THE SENTENCING HEARING as to REGINALD VOLTAIRE - The defendants motion to continue the sentencing hearing doc. 125 is DENIED. Signed by JUDGE ROBERT L HINKLE on 4/20/2010. (erl) (Entered: 04/20/2010) |
| 04/21/2010 | 128 | Third MOTION for Bill of Particulars by USA as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER, JAVON WIGGINS. (CANOVA, CHRISTOPHER) (Entered: 04/21/2010) |
| 04/30/2010 | 129 | SENTENCING MEMORANDUM by COREY ANTHONY (DALEY, BERNARD) (Entered: 04/30/2010) |
| 04/30/2010 | 130 | MOTION for Forfeiture of Property by USA as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, |

| | | JUNIOR DOGUER, JAVON WIGGINS. (Attachments: # 1 Text of Proposed Order) (CANOVA, CHRISTOPHER) (Entered: 04/30/2010) |
|---|---|---|
| 04/30/2010 | 131 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by COREY ANTHONY (DALEY, BERNARD) (Entered: 04/30/2010) |
| 05/07/2010 | 132 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by REGINALD VOLTAIRE (Attachments: # 1 Exhibit) (WEISMAN, KENNETH) (Entered: 05/07/2010) |
| 05/10/2010 | 133 | PRELIMINARY ORDER OF FORFEITURE granting 130 Motion for Forfeiture of Property as to DEVIN PASCHALL (1), AUDREY KENNEDY (2), GABRIELLE BUTLER (3), COREY ANTHONY (4), REGINALD VOLTAIRE (5), JUNIOR DOGUER (6), JAVON WIGGINS (7). Upon adjudication of all third party interests, this Court will enter a Final Order in which all interests will be addressed. Signed by JUDGE ROBERT L HINKLE on 5/10/2010. (erl) (Entered: 05/11/2010) |
| 05/11/2010 | 134 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Pretrial Release Violation Proceedings as to REGINALD VOLTAIRE held on 4/15/2010, before Judge ROBERT L. HINKLE. Court Reporter JUDY A. NOLTON, Telephone number 850-561-6822.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **5/18/2010**. Release of Transcript Restriction set for **8/16/2010**. (jag) Modified on 8/30/2010 to UNSEAL TRANSCRIPT (dlt). (Entered: 05/11/2010) |
| 05/11/2010 | 135 | SENTENCING MEMORANDUM by DEVIN PASCHALL (BUBSEY, WILLIAM) (Entered: 05/11/2010) |
| 05/13/2010 | 140 | NOTICE *OF WITHDRAWAL OF OBJECTIONS TO PSI* by JAVON WIGGINS (DAVIS, CLIFFORD) (Entered: 05/13/2010) |
| 05/13/2010 | 141 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 5/13/2010 for DEVIN PASCHALL (1), Defendant sentenced to 6 months BOP on Counts 1s, 2s, 3s all to run concurrent. Defendant placed on 6 months Home Detention on all counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 3s run concurrent after release. 80 hours Community Service. Restitution as stated. SMA $300.00. Fine Waived. (Court Reporter Judy Nolton) (erl) (Entered: 05/14/2010) |
| 05/13/2010 | 142 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 5/13/2010 for AUDREY KENNEDY (2), Defendant sentenced to 6 months BOP on Counts 1s, 2s, 4s all to run concurrent. Defendant placed on 6 months Home Detention on all Counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 4s all to run concurrent after release. 80 hours Community Service. Restitution as stated. SMA $300.00. Fine Waived. (Court Reporter Judy Nolton) (erl) (Entered: 05/14/2010) |
| 05/13/2010 | 143 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 5/13/2010 for GABRIELLE BUTLER (3), Defendant sentenced to 6 months BOP on Count 1s, 2s to run concurrent and 24 months BOP on Count 5s to run consecutive for a total of 30 months BOP. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 5s all to run concurrent. Restitution as stated. SMA $300.00. Fine Waived. (Court Reporter Judy Nolton) (erl) (Entered: 05/14/2010) |
| 05/13/2010 | 144 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 5/13/2010 for COREY ANTHONY (4), Defendant sentenced to 12 months BOP on Counts 1s, 2s, 6s all to run concurrent. Defendant placed on S/R for 3 years on Counts 1s, 2s and 1 year S/R on Count 6s all to run concurrent. 80 hours Community Service. Restitution as stated. SMA $300.00. Fine Waived. (Court Reporter Judy Nolton) (erl) (Entered: 05/14/2010) |

| 05/13/2010 | 145 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 5/13/2010 for REGINALD VOLTAIRE (5), Defendant sentenced to 60 months BOP on Count 1s, 78 months BOP on Count 2s to run concurrent, and 24 months BOP on Count 7s to run consecutive for a total of 102 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 7s all to run concurrent. Restitution as stated. SMA $300.00. Fine Waived. (Court Reporter Judy Nolton) (erl) (Entered: 05/14/2010) |
| --- | --- | --- |
| 05/13/2010 | 146 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 5/13/2010 for JUNIOR DOGUER (6), Defendant sentenced to 60 months BOP on Count 1s, 97 months BOP on Count 2s to run concurrent, and 24 months BOP on Count 8s to run consecutive for a total of 121 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 8s all to run concurrent. Restitution as stated. SMA $300.00. Fine Waived. (Court Reporter Judy Nolton) (erl) (Entered: 05/14/2010) |
| 05/13/2010 | 147 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Sentencing held on 5/13/2010 for JAVON WIGGINS (7), Defendant sentenced to 18 months BOP on Counts 1s, 2s to run concurrent, and 9 months BOP on Count 9s to run consecutive for a total of 27 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 9s all to run concurrent. Restitution as stated. SMA $300.00. Fine Waived. (Court Reporter Judy Nolton) (erl) (Entered: 05/14/2010) |
| 05/17/2010 | 148 | JUDGMENT as to DEVIN PASCHALL (1), Count(s) 1s, 2s, 3s, Defendant sentenced to 6 months BOP on Counts 1s, 2s, 3s all to run concurrent. Defendant placed on 6 months Home Detention on all counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 3s to run concurrent after release. 80 hours Community Service. Restitution $107,456.41. SMA $300.00. Fine Waived. Signed by JUDGE ROBERT L HINKLE on 5/17/2010. (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 149 | STATEMENT OF REASONS (Sealed). (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 150 | JUDGMENT as to AUDREY KENNEDY (2), Count(s) 1s, 2s, 4s, Defendant sentenced to 6 months BOP on Counts 1s, 2s, 4s all to run concurrent. Defendant placed on 6 months Home Detention on all Counts to run concurrent. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 4s all to run concurrent after release. 80 hours Community Service. Restitution $47,441.71. SMA $300.00. Fine Waived. Signed by JUDGE ROBERT L HINKLE on 5/17/2010. (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 151 | STATEMENT OF REASONS (Sealed). (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 152 | JUDGMENT as to GABRIELLE BUTLER (3), Count(s) 1s, 2s, 5s, Defendant sentenced to 6 months BOP on Count 1s, 2s to run concurrent and 24 months BOP on Count 5s to run consecutive for a total of 30 months BOP. Defendant placed on 3 years S/R on Counts 1s, 2s and 1 year S/R on Count 5s all to run concurrent. Restitution $25,542.11. SMA $300.00. Fine Waived. Signed by JUDGE ROBERT L HINKLE on 5/17/2010. (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 153 | STATEMENT OF REASONS (Sealed). (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 154 | JUDGMENT as to COREY ANTHONY (4), Count(s) 1s, 2s, 6s, Defendant sentenced to 12 months BOP on Counts 1s, 2s, 6s all to run concurrent. Defendant placed on S/R for 3 years on Counts 1s, 2s and 1 year S/R on Count 6s all to run concurrent. 80 hours Community Service. Restitution $58,667.35. SMA $300.00. Fine Waived. Signed by JUDGE ROBERT L HINKLE on 5/17/2010. (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 155 | STATEMENT OF REASONS (Sealed). (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 156 | JUDGMENT as to REGINALD VOLTAIRE (5), Count(s) 1s, 2s, 7s, Defendant sentenced to 60 months BOP on Count 1s, 78 months BOP on Count 2s to run concurrent, and 24 months BOP on Count 7s to run consecutive for a total of 102 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 7s all to run concurrent. Restitution |

| | | |
|---|---|---|
| | | $209,155.36. SMA $300.00. Fine Waived. Signed by JUDGE ROBERT L HINKLE on 5/17/2010. (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 157 | STATEMENT OF REASONS (Sealed). (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 158 | JUDGMENT as to JUNIOR DOGUER (6), Count(s) 1s, 2s, 8s, Defendant sentenced to 60 months BOP on Count 1s, 97 months BOP on Count 2s to run concurrent, and 24 months BOP on Count 8s to run consecutive for a total of 121 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 8s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. Signed by JUDGE ROBERT L HINKLE on 5/17/2010. (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 159 | STATEMENT OF REASONS (Sealed). (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 160 | JUDGMENT as to JAVON WIGGINS (7), Count(s) 1s, 2s, 9s, Defendant sentenced to 18 months BOP on Counts 1s, 2s to run concurrent, and 9 months BOP on Count 9s to run consecutive for a total of 27 months BOP. Defendant placed on S/R for 3 years on Count 1s, 2s and 1 year S/R on Count 9s all to run concurrent. Restitution $209,155.36. SMA $300.00. Fine Waived. Signed by JUDGE ROBERT L HINKLE on 5/17/2010. (erl) (Entered: 05/18/2010) |
| 05/17/2010 | 161 | STATEMENT OF REASONS (Sealed). (erl) (Entered: 05/18/2010) |
| 05/24/2010 | 162 | MOTION to Withdraw as Attorney by ROBERT A. MORRIS. by JUNIOR DOGUER. (MORRIS, ROBERT) (Entered: 05/24/2010) |
| 05/24/2010 | 163 | NOTICE OF APPEAL by JUNIOR DOGUER (MORRIS, ROBERT) (Entered: 05/24/2010) |
| 05/24/2010 | 164 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to AUDREY KENNEDY. (erl) (Entered: 05/24/2010) |
| 05/25/2010 | 165 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to JUNIOR DOGUER. (erl) (Entered: 05/25/2010) |
| 05/25/2010 | 166 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to REGINALD VOLTAIRE. (erl) (Entered: 05/25/2010) |
| 05/25/2010 | 167 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to JAVON WIGGINS. (erl) (Entered: 05/25/2010) |
| 05/25/2010 | 168 | Transmission of Notice of Appeal and Docket Sheet as to JUNIOR DOGUER to US Court of Appeals re 163 Notice of Appeal - Final Judgment. (dlt) (Entered: 05/25/2010) |
| 05/25/2010 | 169 | Appeal Instructions as to JUNIOR DOGUER re: 163 Notice of Appeal - Final Judgment. The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf ** PLEASE NOTE ** Separate forms must be filed for each court reporter. Transcript Order Form due by 6/8/2010. (dlt) (Entered: 05/25/2010) |
| 05/25/2010 | | Set Deadlines as to JUNIOR DOGUER re 163 Notice of Appeal - Final Judgment : Clerk to check status of Appeal on 7/26/2010. (dlt) (Entered: 05/25/2010) |
| 05/25/2010 | 170 | NOTICE OF APPEAL by GABRIELLE BUTLER re 152 Judgment, (CLARK, WILLIAM) (Entered: 05/25/2010) |
| 05/25/2010 | 171 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to GABRIELLE BUTLER. (erl) (Entered: 05/25/2010) |
| 05/26/2010 | 172 | Transmission of Notice of Appeal and Docket Sheet as to GABRIELLE BUTLER to US Court of Appeals re 170 Notice of Appeal - Final Judgment ; (dlt) (Entered: 05/26/2010) |
| 05/26/2010 | 173 | |

| | | |
|---|---|---|
| | | Appeal Instructions as to GABRIELLE BUTLER re: 170 Notice of Appeal - Final Judgment. The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf ** PLEASE NOTE ** Separate forms must be filed for each court reporter. Transcript Order Form due by **6/9/2010**. (dlt) (Entered: 05/26/2010) |
| 05/26/2010 | | Set Deadlines as to GABRIELLE BUTLER re 170 Notice of Appeal - Final Judgment : Clerk to check status of Appeal and Certificate of Readiness on **7/26/2010**. (dlt) (Entered: 05/26/2010) |
| 05/27/2010 | 174 | CJA 20 as to JAVON WIGGINS: Authorization to Pay Attorney Clifford Davis. Voucher # 100525000114. Signed by JUDGE ROBERT L HINKLE on 5/25/2010. (kjc) (Entered: 05/27/2010) |
| 05/28/2010 | 175 | TRANSCRIPT REQUEST by GABRIELLE BUTLER for proceedings held on 1/28/10 and 5/13/10 before Judge Hinkle, Court Reporter:Judy Nolton (SPIVEY, GWENDOLYN) (Entered: 05/28/2010) |
| 05/29/2010 | 176 | ORDER DEFERRING A RULING ON THE 162 MOTION FOR LEAVE TO WITHDRAW as to JUNIOR DOGUER. The clerk must provide Mr. Morris a blank CJA-23 affidavit. Signed by JUDGE ROBERT L HINKLE on 5/29/2010. (pll) (Entered: 06/01/2010) |
| 06/03/2010 | 177 | CJA 20 as to COREY ANTHONY: Authorization to Pay Attorney Bernard Daley. Voucher # 100602000045. Signed by JUDGE ROBERT L HINKLE on 6/2/2010. (kjc) (Entered: 06/03/2010) |
| 06/04/2010 | 178 | TRANSCRIPT Acknowledgment - Part II re 170 Notice of Appeal - Final Judgment Court Reporter:JUDY A. NOLTON Transcript due by **7/6/2010**. (jag) (Entered: 06/04/2010) |
| 06/04/2010 | 179 | MOTION to Withdraw as Attorney by Kenneth Weisman. by REGINALD VOLTAIRE. (WEISMAN, KENNETH) (Entered: 06/04/2010) |
| 06/04/2010 | 180 | NOTICE OF APPEAL by REGINALD VOLTAIRE (WEISMAN, KENNETH) (Entered: 06/04/2010) |
| 06/04/2010 | 181 | USCA # 10-12399-A PROCEDURAL LETTER re: 163 NOTICE OF APPEAL by JUNIOR DOGUER (MORRIS, ROBERT) (dlt) (Entered: 06/07/2010) |
| 06/04/2010 | 182 | USCA #10-12444-H Case Number as to GABRIELLE BUTLER for 170 NOTICE OF APPEAL by GABRIELLE BUTLER re 152 Judgment, (CLARK, WILLIAM)). (dlt) Modified on 7/9/2010 (dlt). (Entered: 06/07/2010) |
| 06/07/2010 | 185 | ORDER DEFERRING A RULING ON THE MOTION FOR LEAVE TO WITHDRAW as to REGINALD VOLTAIRE re 179 MOTION to Withdraw as Attorney by Kenneth Weisman. Signed by JUDGE ROBERT L HINKLE on 6/7/2010. (Attachments: # 1 CJA-23 Affidavit) (dlt) (Entered: 06/08/2010) |
| 06/08/2010 | 183 | Appeal Instructions as to REGINALD VOLTAIRE re: 180 Notice of Appeal - Final Judgment. The Transcript Request Form is available on the Internet at http://www.flnd.uscourts.gov/forms/Attorney/ECCA_transcript_form_fillable.pdf ** PLEASE NOTE ** Separate forms must be filed for each court reporter. Transcript Order Form due by **6/22/2010**. (dlt) (Entered: 06/08/2010) |
| 06/08/2010 | 184 | Transmission of Notice of Appeal and Docket Sheet as to REGINALD VOLTAIRE to US Court of Appeals re 180 Notice of Appeal - Final Judgment ; (dlt) (Entered: 06/08/2010) |
| 06/10/2010 | 187 | USCA PROCEDURAL LETTER, re: 180 NOTICE OF APPEAL, by REGINALD VOLTAIRE. USCA Appeal # 10-12631-A. (krb) (Entered: 06/14/2010) |
| 06/10/2010 | 188 | USCA Case Number, 10-12631-A, for 180 NOTICE OF APPEAL, by REGINALD VOLTAIRE. (krb) (Entered: 06/14/2010) |

| 06/11/2010 | 186 | MOTION for Writ *of Execution* by USA as to REGINALD VOLTAIRE. (SPROWLS, PAUL) (Entered: 06/11/2010) |
|---|---|---|
| 06/15/2010 | 189 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to GABRIELLE BUTLER held on 1/28/2010, before Judge ROBERT L. HINKLE. Court Reporter JUDY A. NOLTON, Telephone number 850-561-6822.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **6/22/2010**. Release of Transcript Restriction set for **9/20/2010**. (jag) Modified on 9/28/2010 to UNSEAL TRANSCRIPT (dlt). (Entered: 06/15/2010) |
| 06/15/2010 | 190 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing Proceedings as to GABRIELLE BUTLER held on 5/13/2010, before Judge ROBERT L. HINKLE. Court Reporter JUDY A. NOLTON, Telephone number 850-561-6822.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **6/22/2010**. Release of Transcript Restriction set for **9/20/2010**. (jag) Modified on 9/28/2010 to UNSEAL TRANSCRIPT (dlt). (Entered: 06/15/2010) |
| 06/15/2010 | 191 | NOTICE OF Filing Transcript (Part III) by Court Reporter in District Court - as to GABRIELLE BUTLER re 170 Notice of Appeal - Final Judgment Court Reporter: JUDY A. NOLTON (jag) (Entered: 06/15/2010) |
| 06/16/2010 | | Set Deadlines as to GABRIELLE BUTLER re 170 Notice of Appeal#10-12631-A - Final Judgment : Certificate of Readiness due by **7/1/2010**. (dlt) (Entered: 06/16/2010) |
| 06/29/2010 | 192 | WRIT OF EXECUTION as to REGINALD VOLTAIRE (5). Signed by JUDGE ROBERT L HINKLE on 06/29/2010. (dlt)*Copy of the Petition, this Writ and the Clerks Notice with Exemptions provided to USM and AUSA. (Entered: 06/30/2010) |
| 06/30/2010 | | Appeal Deadline Terminated Transcript Order Form as to REGINALD VOLTAIRE re 180 Notice of Appeal#10-12631-A - Final Judgment filed by REGINALD VOLTAIRE (dlt) (Entered: 06/30/2010) |
| 07/06/2010 | 194 | USCA# 10-12631-A PROCEDURAL LETTER re: 180 NOTICE OF APPEAL by REGINALD VOLTAIRE (WEISMAN, KENNETH) (dlt) (Entered: 07/09/2010) |
| 07/07/2010 | 193 | Judgment Returned Executed as to AUDREY KENNEDY on 6/17/2010. (dlt) (Entered: 07/08/2010) |
| 07/14/2010 | 195 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 170 Notice of Appeal - Final Judgment as to GABRIELLE BUTLER, Appeal no. 10-12444-H; The entire record on appeal is available electronically. (dlt) (Entered: 07/14/2010) |
| 07/14/2010 | | Appeal Deadlines Terminated as to GABRIELLE BUTLER re 170 Notice of Appeal - Final Judgment (dlt) (Entered: 07/14/2010) |
| 07/14/2010 | 196 | USCA #10-12399-A PROCEDURAL LETTER re: 163 NOTICE OF APPEAL by JUNIOR DOGUER re 162 MOTION to Withdraw as Attorney by ROBERT A. MORRIS (dlt) (Entered: 07/16/2010) |
| 07/23/2010 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 198 SEALED MOTION (erl) (Entered: 07/23/2010) |

| | | |
|---|---|---|
| 07/29/2010 | 199 | Judgment Returned Executed as to GABRIELLE BUTLER on 7/13/2010. (dlt) (Entered: 08/02/2010) |
| 07/29/2010 | 200 | Judgment Returned Executed as to DEVIN PASCHALL on 7/13/2010. (dlt) (Entered: 08/02/2010) |
| 07/31/2010 | 201 | ORDER SUBSTITUTING COUNSEL as to JUNIOR DOGUER - Granting 198 AMENDED MOTION for leave to withdraw as the attorney for the defendant Junior Doguer. Added attorney MICHAEL ROBERT UFFERMAN for JUNIOR DOGUER. Attorney ROBERT ALEXANDER MORRIS terminated in case as to JUNIOR DOGUER.. Signed by JUDGE ROBERT L HINKLE on 7/31/2010. (dlt) (Entered: 08/02/2010) |
| 08/06/2010 | | Set Deadlines as to GABRIELLE BUTLER re 170 Notice of Appeal #10-12444-H - Final Judgment :( Clerk to check status of Appeal on 9/27/2010.) (dlt) (Entered: 08/06/2010) |
| 08/06/2010 | | Set Deadlines as to JUNIOR DOGUER re 163 Notice of Appeal#10-12399-A - Final Judgment :( Clerk to check status of Appeal on 9/27/2010.) (dlt) (Entered: 08/06/2010) |
| 08/09/2010 | 202 | CJA 20 as to JUNIOR DOGUER: The CJA attorney is directed to print attached CJA-20 PDF file. The CJA information packet should be obtained by accessing the Forms & Publications - Attorneys section of the NDFL web site located at www.flnd.uscourts.gov. Appointed by JUDGE ROBERT L HINKLE on 7/31/2010. (Attachments: # 1 CJA 24) (erl) (Entered: 08/09/2010) |
| 08/09/2010 | 203 | USCA PROCEDURAL LETTER re: 180 NOTICE OF APPEAL by REGINALD VOLTAIRE. USCA Appeal # 10-12631-A. Status of doc 185 . (pll) (Entered: 08/11/2010) |
| 08/11/2010 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 203 USCA Procedural Letter, 185 Order, (pll) (Entered: 08/11/2010) |
| 08/12/2010 | 204 | ORDER DENYING MOTION FOR LEAVE TO WITHDRAW as to REGINALD VOLTAIRE re 179 MOTION to Withdraw as Attorney by Kenneth Weisman. Signed by JUDGE ROBERT L HINKLE on 8/12/2010. **Copy of order and doc 185 provided to USCA. (pll) (Entered: 08/13/2010) |
| 08/18/2010 | 205 | TRANSCRIPT REQUEST by JUNIOR DOGUER for proceedings held on 5/13/2010 and 1/27/2010 before Judge Robert L Hinkle, Court Reporter:Judy Nolton (dlt) (Entered: 08/23/2010) |
| 08/23/2010 | 206 | TRANSCRIPT Acknowledgment - Part II re 163 Notice of Appeal - Final Judgment Court Reporter: JUDY A. NOLTON Transcript due by 9/20/2010. (jag) (Entered: 08/23/2010) |
| 08/27/2010 | 207 | Judgment Returned Executed as to JUNIOR DOGUER on 6/25/2010. (dlt) (Entered: 08/30/2010) |
| 08/27/2010 | 208 | ACKNOWLEDGMENT(USM 285 Form) as to Unexecution of Writ of Execution by USA as to REGINALD VOLTAIRE. (dlt) (Entered: 08/30/2010) |
| 08/31/2010 | 209 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to JUNIOR DOGUER held on 01/27/2010, before Judge ROBERT L. HINKLE. Court Reporter JUDY A. NOLTON, Telephone number 850-561-6822.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due 9/7/2010. Release of Transcript Restriction set for 12/6/2010. (jag) Modified on 12/17/2010 to Unseal Transcript (dlt). (Entered: 08/31/2010) |

| | | |
|---|---|---|
| 08/31/2010 | 210 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Sentencing Proceedings as to JUNIOR DOGUER held on 05/13/2010, before Judge ROBERT L. HINKLE. Court Reporter JUDY A. NOLTON, Telephone number 850-561-6822.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **9/7/2010**. Release of Transcript Restriction set for **12/6/2010**. (jag) Modified on 12/17/2010 to Unseal Transcript (dlt). (Entered: 08/31/2010) |
| 09/07/2010 | 211 | CJA 24 as to JUNIOR DOGUER: Authorization to Pay Judy Nolton. Voucher # 100902000030. Signed by JUDGE ROBERT L HINKLE on 8/31/2010. (kjc) (Entered: 09/07/2010) |
| 09/15/2010 | 212 | USCA # 10-12631-A PROCEDURAL LETTER re: 180 NOTICE OF APPEAL as to REGINALD VOLTAIRE (dlt) (Entered: 09/17/2010) |
| 09/28/2010 | | Set Deadlines as to GABRIELLE BUTLER re 170 Notice of Appeal #10-12444-H - Final Judgment :( Clerk to check status of Appeal on **11/29/2010**.) (dlt) (Entered: 09/28/2010) |
| 09/28/2010 | 213 | MANDATE of USCA #10-12444AA (certified copy) as to GABRIELLE BUTLER 170 Notice of Appeal - Final Judgment (dlt) (Entered: 09/29/2010) |
| 09/28/2010 | 214 | MANDATE of USCA #10-12631-A "Entry of Dismissal" (certified copy) as to REGINALD VOLTAIRE re 180 Notice of Appeal - Final Judgment. (dlt) (Entered: 09/29/2010) |
| 10/13/2010 | 215 | ORDER DIRECTING THE CLERK TO SET A HEARING as to REGINALD VOLTAIRE. Signed by JUDGE ROBERT L HINKLE on 10/13/2010. (Attachments: # 1 Attachment 1, # 2 Attachment 2) (dlt)**Copy provided to CRD** (Entered: 10/14/2010) |
| 10/15/2010 | 216 | NOTICE OF TELEPHONIC HEARING ON MOTION in case as to REGINALD VOLTAIRE 179 MOTION to Withdraw as Attorney : Telephonic Motion Hearing set for **10/21/2010 04:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>Parties are instructed to call (850) 521-3601 at the time of hearing.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so that arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 10/15/2010) |
| 10/19/2010 | 217 | NOTICE *of Completed Publication* by USA as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER, JAVON WIGGINS (Attachments: # 1 Exhibit One) (CANOVA, CHRISTOPHER) (Entered: 10/19/2010) |
| 10/21/2010 | 218 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Motion Hearing as to REGINALD VOLTAIRE held on 10/21/2010 re 179 MOTION to Withdraw as Attorney by Kenneth Weisman. Defense attorney addresses Motion to Withdraw. Ruling by Court: A CJA attorney will be appointed for appeal purposes. (Court Reporter Judy Nolton) (erl) (Entered: 10/22/2010) |
| 10/26/2010 | 219 | |

| | | |
|---|---|---|
| | | ORDER SUBSTITUTING COUNSEL as to REGINALD VOLTAIRE - Granting 179 MOTION to Withdraw as Attorney by Kenneth Weisman. Signed by JUDGE ROBERT L HINKLE on 10/26/2010. (dlt) (Entered: 10/27/2010) |
| 10/28/2010 | 220 | ORDER MAKING APPOINTMENT OF COUNSEL IMMEDIATELY EFFECTIVE as to REGINALD VOLTAIRE, Added attorney ROBERT AUGUSTUS HARPER, JR for REGINALD VOLTAIRE. Signed by JUDGE ROBERT L HINKLE on 10/28/2010nunc pro tunc. (dlt)**Copy provided to courtroom deputy** (Entered: 10/28/2010) |
| 11/23/2010 | 221 | MOTION to Reinstate Appeal by REGINALD VOLTAIRE. (HARPER, ROBERT) (Entered: 11/23/2010) |
| 11/24/2010 | 222 | CJA 20 as to REGINALD VOLTAIRE: The CJA attorney is directed to print attached CJA-20 PDF file. The CJA information packet should be obtained by accessing the **Forms & Publications - Attorneys** section of the NDFL web site located at www.flnd.uscourts.gov. Appointed by JUDGE ROBERT L HINKLE on 10/26/2010. (Attachments: # 1 CJA 24) (erl) (Entered: 11/24/2010) |
| 11/24/2010 | 223 | TRANSCRIPT REQUEST by REGINALD VOLTAIRE for proceedings held on 2/9/10, 4/15/2010, 5/11/2010, 10/21/2010 before Judge Hinkle, (dlt) (Entered: 11/24/2010) |
| 12/01/2010 | 224 | ORDER EXTENDING THE DEADLINE TO FILE A NOTICE OF APPEAL, ALTERNATIVELY SETTING OUT AN INDICATIVE RULING TO THE SAME EFFECT, AND DENYING WITHOUT PREJUDICE THE MOTION TO REINSTATE THE APPEAL as to REGINALD VOLTAIRE - DENIED without prejudice 221 MOTION *to Reinstate Appeal* filed by REGINALD VOLTAIRE, (Deadline for filing a notice of appeal is extended through **6/4/2010**.). Signed by JUDGE ROBERT L HINKLE on 12/1/2010. (dlt) (Entered: 12/02/2010) |
| 12/17/2010 | 225 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 163 Notice of Appeal - Final Judgment as to JUNIOR DOGUER, Appeal No. 10-12399-EE; The entire record on appeal is available electronically. (dlt) (Entered: 12/17/2010) |
| 12/20/2010 | 226 | TRANSCRIPT Acknowledgment - Part II re 180 Notice of Appeal - Final Judgment Court Reporter:JUDY A. NOLTON Transcript due by **1/3/2011**. (jag) (Entered: 12/20/2010) |
| 12/20/2010 | | Set Deadlines as to JUNIOR DOGUER re 163 Notice of Appeal #10-12399-EE - Final Judgment :( Clerk to check status of Appeal on **1/31/2011**.) (dlt) (Entered: 12/20/2010) |
| 12/20/2010 | 231 | ORDER of USCA#10-12631-A (certified copy) as to REGINALD VOLTAIRE re 180 Notice of Appeal - Final Judgment - Appellant's motion to reinstate this appeal has been clerically granted. (dlt) (dlt). (Entered: 01/05/2011) |
| 12/20/2010 | 235 | USCA #10-12631-A PROCEDURAL LETTER re: 180 NOTICE OF APPEAL by REGINALD VOLTAIRE (WEISMAN, KENNETH) (dlt) (Entered: 02/10/2011) |
| 12/29/2010 | 227 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Change of Plea Proceedings as to REGINALD VOLTAIRE, JAVON WIGGINS held on 02/09/10, before Judge ROBERT L. HINKLE. Court Reporter JUDY A. NOLTON, Telephone number 850-561-6822.<br><br>Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.<br><br>Redaction Request due **1/5/2011**. Release of Transcript Restriction set for **4/5/2011**. (jag) Modified on 4/12/2011*TRANSCRIPT UNSEALED* (dlt). (Entered: 12/29/2010) |
| 12/29/2010 | 229 | |

| | | |
|---|---|---|
| | | NOTICE of Filing Transcript (Part III) by Court Reporter in District Court - as to REGINALD VOLTAIRE re 180 Notice of Appeal - Final Judgment Court Reporter: JUDY A. NOLTON (jag) (Entered: 12/29/2010) |
| 01/02/2011 | 238 | ORDER TRANSFERRING JURISDICTION as to AUDREY KENNEDY to the Eastern District of California. Signed by JUDGE ROBERT L HINKLE on 11/15/2010 and signed by US District Judge from the Eastern District of California on 1/2/2011. (dlt) (Entered: 02/16/2011) |
| 01/03/2011 | 230 | CJA 24 as to REGINALD VOLTAIRE: Authorization to Pay Judy Nolton. Voucher # 110103000016. Signed by JUDGE ROBERT L HINKLE on 1/3/2011. (kjc) (Entered: 01/03/2011) |
| 01/05/2011 | 232 | NOTICE OF ATTORNEY APPEARANCE ROBERT DEL STINSON appearing for USA. (STINSON, ROBERT) (Entered: 01/05/2011) |
| 01/05/2011 | 233 | MOTION for Forfeiture of Property by USA as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER, JAVON WIGGINS. (STINSON, ROBERT) (Entered: 01/05/2011) |
| 01/26/2011 | 234 | FINAL ORDER OF FORFEITURE - Granting 233 Motion for Forfeiture of Property as to DEVIN PASCHALL, AUDREY KENNEDY, GABRIELLE BUTLER, COREY ANTHONY, REGINALD VOLTAIRE, JUNIOR DOGUER, JAVON WIGGINS. Signed by JUDGE ROBERT L HINKLE on 1/26/2011. (dlt) (Entered: 01/27/2011) |
| 02/09/2011 | 237 | MOTION for Return of Property by KATIA PROPHETE mother of REGINALD VOLTAIRE. (dlt) (Entered: 02/14/2011) |
| 02/10/2011 | 236 | Pursuant to F.R.A.P. 11(c), the Clerk of the District Court for the Northern District of Florida certifies that the record is complete for purposes of this appeal re: 180 Notice of Appeal - Final Judgment as to REGINALD VOLTAIRE, Appeal No. 10-12631-A; The entire record on appeal is available electronically. (dlt) (Entered: 02/10/2011) |
| 02/10/2011 | | Set Deadlines as to REGINALD VOLTAIRE re 180 Notice of Appeal #10-12631-A - Final Judgment : Clerk to check status of Appeal on 4/11/2011. (dlt) (Entered: 02/10/2011) |
| 02/11/2011 | | Set Deadlines as to JUNIOR DOGUER re 163 Notice of Appeal #10-12399-EE - Final Judgment :( Clerk to check status of Appeal on 4/12/2011.) (dlt) (Entered: 02/11/2011) |
| 02/15/2011 | | Set Deadlines re 237 MOTION for Return of Property. (Internal deadline for referral to judge if response not filed earlier: 3/7/2011). (dlt) (Entered: 02/15/2011) |
| 02/17/2011 | 239 | Supervised Release Jurisdiction Transferred to Eastern District of California as to AUDREY KENNEDY. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dlt) (Entered: 02/17/2011) |
| 02/23/2011 | 240 | ORDER SETTING PROCEDURE ON KATIA PROPHETE'S MOTION TO RETURN PROPERTY re 237 lETTER treated as MOTION for Return of Property under Federal Rule of Criminal Procedure 41(g).( Government response to motion due by 3/7/2011.) Signed by JUDGE ROBERT L HINKLE on 2/23/2011. (dlt) (Entered: 02/23/2011) |
| 03/03/2011 | 242 | ACKNOWLEDGMENT, re 239 Transfer Out/Probationer or Under Supervision, as to AUDREY KENNEDY. (krb) (Entered: 03/08/2011) |
| 03/04/2011 | 241 | RESPONSE to Motion by USA as to REGINALD VOLTAIRE re 237 MOTION for Return of Property/PostTrial (Attachments: # 1 Exhibit A - B) (STINSON, ROBERT) (Entered: 03/04/2011) |
| 03/08/2011 | 243 | ORDER DIRECTING THE CLERK TO SET A STATUS CONFERENCE ON KATIA PROPHETE'S LETTER ASKING TO RETURN PROPERTY re 237 LETTER/MOTION for Return of Property filed by KATIA PROPHETE mother of REGINALD VOLTAIRE. Signed |

| | | |
|---|---|---|
| | | by JUDGE ROBERT L HINKLE on 3/8/2011. (dlt)*Order mailed to Katia Prophete at 730 NW 148 ST, Miami, FL 33168* (Entered: 03/09/2011) |
| 03/11/2011 | 244 | NOTICE OF TELEPHONIC HEARING as to REGINALD VOLTAIRE: Telephonic Status Conference set for **3/16/2011 03:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301. <br><br> Parties are instructed to call (850) 521-3601 at the time of hearing. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 03/11/2011) |
| 03/16/2011 | 245 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Status Conference as to REGINALD VOLTAIRE held on 3/16/2011. Parties discuss letter that was filed to return property. Government requests for discovery to be taken, to file a summary judgment motion, and to hold a hearing. Ruling by Court: An order will be forthcoming with the schedule for these proceedings. (Court Reporter Jo Langston) (erl) (Entered: 03/16/2011) |
| 03/17/2011 | 246 | ORDER DEEMING KATIA PROPHETE'S LETTER A CLAIM AND SETTING PROCEDURES ON IT re 237 MOTION for Return of Property( Discovery due by **5/16/2011**., Summary Judgment Motion or other motions by **6/16/2011**;(Internal deadline for referral to judge if response to summary judgment motion not filed earlier: **7/7/2011**)., Trial set for **9/12/2011 09:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. ) Signed by JUDGE ROBERT L HINKLE on 3/17/2011. (dlt)*Order mailed to Katia Prophete at 730 NW 148 ST, Miami, FL 33168* (Entered: 03/18/2011) |
| 04/12/2011 | 247 | Letter construed as MOTION to Appoint New Counsel by REGINALD VOLTAIRE. (dlt) (Entered: 04/12/2011) |
| 04/12/2011 | | Set Deadlines as to REGINALD VOLTAIRE re 180 Notice of Appeal#10-12631-A - Final Judgment :( Clerk to check status of Appeal on **6/13/2011**.) (dlt) (Entered: 04/12/2011) |
| 04/18/2011 | 248 | ORDER DENYING 247 MOTION TO APPOINT A NEW ATTORNEY as to REGINALD VOLTAIRE (5). Signed by JUDGE ROBERT L HINKLE on 4/18/2011. (dlt) (Entered: 04/19/2011) |
| 04/20/2011 | | Set Deadlines as to JUNIOR DOGUER re 163 Notice of Appeal #10-12399-EE - Final Judgment :( Clerk to check status of Appeal on **6/13/2011**.) (dlt) (Entered: 04/20/2011) |
| 05/16/2011 | 250 | ORDER AUTHORIZING THE USE AND DISCLOSURE OF THE PLEA AGREEMENT AND SUPPLEMENT - Granting 249 Government's unopposed Motion for authority to use and disclose the defendants plea agreement and supplement as to REGINALD VOLTAIRE (5). Signed by JUDGE ROBERT L HINKLE on 5/16/2011. (dlt) (Entered: 05/16/2011) |
| 06/15/2011 | 253 | MOTION for Judgment of Forfeiture by USA as to REGINALD VOLTAIRE. (Attachments: # 1 Exhibit A - E, # 2 Exhibit F - G) (STINSON, ROBERT) (Entered: 06/15/2011) |
| 06/15/2011 | | Set Deadlines as to REGINALD VOLTAIRE re 180 Notice of Appeal #10-12631-A - Final Judgment :( Clerk to check status of Appeal on **8/15/2011**.) (dlt) (Entered: 06/15/2011) |
| 06/15/2011 | | Set Deadlines as to JUNIOR DOGUER re 163 Notice of Appeal# 10-12399-A - Final Judgment :( Clerk to check status of Appeal on **8/15/2011**.) (dlt) (Entered: 06/15/2011) |
| 06/15/2011 | | |

| | | |
|---|---|---|
| | | Set/Reset Deadline in case as to REGINALD VOLTAIRE 253 MOTION for Judgment of Forfeiture . (Internal deadline for referral to judge if response not filed earlier: **7/5/2011**). (dlt) (Entered: 06/16/2011) |
| 06/15/2011 | 254 | MANDATE of USCA 10-12399-EE(certified copy) as to JUNIOR DOGUER re 163 Notice of Appeal - Final Judgment - "AFFIRMED". (dlt) (Entered: 06/20/2011) |
| 07/08/2011 | 255 | MOTION to Vacate under 28 U.S.C. 2255 by JUNIOR DOGUER. (Attachments: # 1 Affidavit) (dlt)<br>Civil case 4:11-cv-00334-RH opened. (Entered: 07/12/2011) |
| 07/08/2011 | 256 | MEMORANDUM in Support by JUNIOR DOGUER re 255 MOTION to Vacate under 28 U.S.C. 2255 (dlt) (Entered: 07/12/2011) |
| 07/12/2011 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE WILLIAM C SHERRILL, JR notified that action is needed Re: 255 MOTION to Vacate under 28 U.S.C. 2255 filed by Defendant JUNIOR DOGUER, 256 Memorandum in Support. Referred to WILLIAM C SHERRILL, JR. (dlt) (Entered: 07/12/2011) |
| 07/14/2011 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 253 MOTION for Judgment of Forfeiture filed by Plaintiff USA - No response filed. (dlt) (Entered: 07/14/2011) |
| 07/20/2011 | 257 | ORDER SETTING A FINAL DEADLINE FOR MS. PROPHETE TO RESPOND TO THE GOVERNMENT'S SUMMARY-JUDGMENT MOTION as to REGINALD VOLTAIRE, Set/Reset Deadlines( (Internal deadline for referral to judge if response not filed earlier: **8/12/2011**).). Signed by JUDGE ROBERT L HINKLE on 7/20/2011. (erl) **Order sent Certified Mail to Katia Prophete at 730 NW 148 ST, Miami, FL 33168** (Entered: 07/22/2011) |
| 07/29/2011 | 258 | ACKNOWLEDGMENT of Service Card as to Katia Prophete re 257 Order as to REGINALD VOLTAIRE (erl) (Entered: 08/02/2011) |
| 08/11/2011 | 259 | USCA# 10-12631-AA PROCEDURAL LETTER re: 180 NOTICE OF APPEAL by REGINALD VOLTAIRE (dlt) (Entered: 08/12/2011) |
| 08/11/2011 | 260 | USCA #10-12631-AA ORDER (certified copy) as to REGINALD VOLTAIRE re 180 Notice of Appeal - Final Judgment - Counsel's motion to withdraw is GRANTED, and Voltaire's convictions and sentences are AFFIRMED. (dlt) (Entered: 08/12/2011) |
| 08/12/2011 | 261 | **Unsealed Per Order 266 ** Letter in support of claim by Katia Prophete (erl) Modified on 9/22/2011 (erl). (Entered: 08/13/2011) |
| 08/23/2011 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 257 Order - No Response filed. (dlt) (Entered: 08/23/2011) |
| 09/02/2011 | 262 | ORDER GRANTING 253 SUMMARY JUDGMENT REJECTING 237 THE CLAIM OF KATIA PROPHETE as to REGINALD VOLTAIRE (5). It is declared that the 2003 Infiniti has been properly forfeited to the government. Signed by JUDGE ROBERT L HINKLE on 9/2/2011. (erl) **A copy of this order was mailed to Katia Prophete at 730 NW 148 St Miami, FL 33168**Modified on 9/2/2011 (erl). (Entered: 09/02/2011) |
| 09/02/2011 | 263 | NOTICE OF CANCELLATION OF HEARING as to REGINALD VOLTAIRE: Trial set for **9/12/2011 09:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE has been cancelled. (erl) (Entered: 09/02/2011) |
| 09/07/2011 | 264 | ORDER DIRECTING RESPONSE TO §2255 MOTION as to JUNIOR DOGUER: Response to 2255 Motion 255 due by **11/7/2011**. Reply due by **12/7/2011**. Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 9/7/11. **Copies sent as directed in order. (amm) (Entered: 09/07/2011) |

| | | |
|---|---|---|
| 09/14/2011 | 265 | MANDATE of USCA #10-12631-AA "AFFIRMED" (certified copy) as to REGINALD VOLTAIRE re 180 Notice of Appeal - Final Judgment (dlt) Modified on 9/16/2011 (dlt). (Entered: 09/15/2011) |
| 09/21/2011 | 266 | ORDER UNSEALING LETTER 261 IN SUPPORT OF CLAIM as to REGINALD VOLTAIRE. Signed by JUDGE ROBERT L HINKLE on 9/21/2011. (erl) (Entered: 09/22/2011) |
| 10/04/2011 | 267 | PETITIONER'S MOTION to Amend/Correct, 255 MOTION to Vacate under 28 U.S.C. 2255, filed by JUNIOR DOGUER. (krb) (Entered: 10/06/2011) |
| 10/06/2011 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE WILLIAM C SHERRILL, JR notified that action is needed, Re: 267 MOTION to Amend/Correct 255 MOTION to Vacate under 28 U.S.C. 2255 filed by JUNIOR DOGUER. **Document forwarded to Chambers of WCS. Referred to WILLIAM C SHERRILL, JR. (krb) (Entered: 10/06/2011) |
| 10/13/2011 | 268 | ORDER, DEFERRING 267 MOTION to Amend/Correct, filed by JUNIOR DOGUER. (Miscellaneous Deadline: The Government may file an objection on or before - **10/28/2011**.) If no objection is filed then the Government shall file a response as previously directed (doc. 264 ), which also addresses the new claim raised in doc. 267 . Signed by MAGISTRATE JUDGE WILLIAM C SHERRILL, JR on 10/13/2011. (krb) (Entered: 10/13/2011) |
| 10/17/2011 | 269 | NOTICE OF ATTORNEY APPEARANCE TERRY J FLYNN appearing for USA. (FLYNN, TERRY) (Entered: 10/17/2011) |
| 10/17/2011 | 270 | RESPONSE in Opposition by USA as to JUNIOR DOGUER re 255 MOTION to Vacate under 28 U.S.C. 2255 (FLYNN, TERRY) (Entered: 10/17/2011) |
| 10/17/2011 | | Attorney update in case as to JUNIOR DOGUER. Attorney TERRY J FLYNN for USA added. (krb) (Entered: 10/19/2011) |
| 10/18/2011 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE WILLIAM C SHERRILL, JR notified that action is needed Re: 270 Response in Opposition filed by Plaintiff USA, 269 Notice of Attorney Appearance - USA filed by Plaintiff USA. (dlt) (Entered: 10/18/2011) |
| 10/18/2011 | 271 | NOTICE *Government's Response in Opposition - Attachment 1* by USA as to JUNIOR DOGUER re 270 Response in Opposition (FLYNN, TERRY) (Entered: 10/18/2011) |
| 10/19/2011 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE WILLIAM C SHERRILL, JR notified that action is needed, Re: 271 Plaintiff'ss Notice (Other). (krb) (Entered: 10/19/2011) |
| 10/25/2011 | 272 | TRAVERSE by JUNIOR DOGUER re 271 Government's Response in Opposition. (dlt) (Entered: 10/26/2011) |
| 10/26/2011 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE WILLIAM C SHERRILL, JR notified that action is needed Re: 272 Traverse filed by JUNIOR DOGUER. (dlt)**Pleading placed in WCS box for review** (Entered: 10/26/2011) |
| 02/06/2012 | 273 | NOTICE of Change of Address(New address: Federal Correctional Complex, P.O.Box 5000, Yazoo City, MS 39194) by JUNIOR DOGUER (dlt) (Entered: 02/09/2012) |
| 03/01/2012 | 274 | TRANSFER OF JURISDICTION AND ORDER as to JAVON WIGGINS transferring supervised release to Southern District of Florida, Miami. Signed by JUDGE ROBERT L HINKLE on 2/15/2012 and Southern District of Florida Judge on 3/1/2012. (dlt) (Entered: 03/20/2012) |
| 03/20/2012 | 275 | |

| | | |
|---|---|---|
| | | Supervised Release Jurisdiction Transferred to Southern District of Florida Miami as to JAVON WIGGINS. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (dlt) (Entered: 03/20/2012) |
| 03/30/2012 | 276 | ACKNOWLEDGMENT From Southern District of Florida by JAVON WIGGINS re 274 TRANSFER OF JURISDICTION AND ORDER. (dlt) (Entered: 04/02/2012) |
| 04/02/2012 | 277 | ORDER REASSIGNING CASE. Case reassigned to MAGISTRATE JUDGE CHARLES A STAMPELOS for all further proceedings as to JUNIOR DOGUER. MAGISTRATE JUDGE WILLIAM C SHERRILL, JR no longer assigned to case. Signed by CHIEF JUDGE M CASEY RODGERS on 4/2/12. Motions referred to CHARLES A STAMPELOS. **Please use case number with new judge initials on all future filings: 4:09cr73-RH/CAS. (pll) (Entered: 04/04/2012) |
| 06/01/2012 | 278 | MEMORANDUM OF LAW IN SUPPORT OF HIS PETITION FOR WRIT OF HABEAS CORPUS 2255 by REGINALD VOLTAIRE (dlt) (Entered: 06/07/2012) |
| 06/07/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 278 MEMORANDUM OF LAW IN SUPPORT OF HIS PETITION FOR WRIT OF HABEAS CORPUS 2255 filed by Defendant REGINALD VOLTAIRE. (dlt) (Entered: 06/07/2012) |
| 06/07/2012 | 280 | PETITION AND ORDER Re Supervised Release Violation as to COREY ANTHONY Summons Issued and forwarded to US Probation Initial Appearance on Revocation Proceedings set for 6/26/2012 10:00 AM in U.S. Courthouse Tallahassee before MAGISTRATE JUDGE CHARLES A STAMPELOS.. Signed by JUDGE ROBERT L HINKLE on 6/7/2012. (dlt) **Summons and copy of petition placed in Probation box**. (Entered: 06/15/2012) |
| 06/08/2012 | 279 | ORDER as to REGINALD VOLTAIRE re 278 Memorandum of Law in Support of his Petition for Writ of Habeas Corpus pursuant to 2255. ( 28 U.S.C.§2255 Motion due by 7/9/2012.). Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 6/8/2012. (dlt)**§2255 form mailed with order** (Entered: 06/08/2012) |
| 06/15/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 280 Petition and Order re Supervised Release SI,. (dlt) (Entered: 06/15/2012) |
| 06/15/2012 | 281 | Summons Issued in case as to COREY ANTHONY (dlt) (Entered: 06/18/2012) |
| 06/18/2012 | 282 | MOTION to Vacate under 28 U.S.C. 2255 by REGINALD VOLTAIRE. (dlt) Civil case 4:12-cv-00301-RH opened. (Entered: 06/20/2012) |
| 06/18/2012 | | Judge update in case as to REGINALD VOLTAIRE. MAGISTRATE JUDGE CHARLES A STAMPELOS added. MAGISTRATE JUDGE WILLIAM C SHERRILL, JR no longer assigned to case.**Case updated to reflect correct Magistrate Judge** (dlt) (Entered: 11/22/2013) |
| 06/19/2012 | 283 | MEMORANDUM in Support by REGINALD VOLTAIRE re 282 MOTION to Vacate under 28 U.S.C. 2255 (dlt) (Entered: 06/20/2012) |
| 06/19/2012 | 284 | SUPPLEMENT by REGINALD VOLTAIRE TO 282 MOTION to Vacate under 28 U.S.C. 2255 (dlt) (Entered: 06/20/2012) |
| 06/21/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 282 MOTION to Vacate under 28 U.S.C. 2255 filed by Defendant REGINALD VOLTAIRE, 284 Supplement to Motion filed by Defendant, 283 Memorandum in Support filed by Defendant. Referred to CHARLES A STAMPELOS. (dlt)**File placed in CAS box for review** (Entered: 06/21/2012) |
| | | |

| 06/26/2012 | 285 | Minute Entry for proceedings held before MAGISTRATE JUDGE CHARLES A STAMPELOS:Initial Appearance re Violation of Supervised Release as to COREY ANTHONY held on 6/26/2012. Appearance entered by RANDOLPH P MURRELL for defendant. Final Hearing re Revocation of Supervised Release set for **7/26/2012 1:00 PM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. (Court Reporter FTR TLH.) (amm) (Entered: 06/27/2012) |
|---|---|---|
| 06/26/2012 | 286 | CJA 23 Financial Affidavit by COREY ANTHONY (PDF sealed per Privacy Policy) (amm) (Entered: 06/27/2012) |
| 06/26/2012 | 287 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to COREY ANTHONY. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 6/26/12. (amm) (Entered: 06/27/2012) |
| 06/26/2012 | 288 | ORDER as to COREY ANTHONY: Final Hearing re Revocation of Supervised Release set for **7/26/2012 1:00 PM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 6/26/12. (amm) (Entered: 06/27/2012) |
| 07/02/2012 | 289 | NOTICE OF HEARING as to COREY ANTHONY: Final Hearing re Revocation of Supervised Release set for **7/26/2012 01:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 07/02/2012) |
| 07/16/2012 | 290 | ORDER TO AMEND § 2255 MOTION re 282 MOTION to Vacate under 28 U.S.C. 2255 filed by REGINALD VOLTAIRE.( Amended 2255 Motion due by **8/17/2012**.). Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 7/16/2012. (dlt)** Three § 2255 forms with AMENDED and case number written on form mailed with order** (Entered: 07/16/2012) |
| 07/23/2012 | 291 | LETTER/MOTION for Extension of Time to File Amended Motion by REGINALD VOLTAIRE. (dlt) (Entered: 07/24/2012) |
| 07/24/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 291 MOTION for Extension of Time to File filed by Defendant REGINALD VOLTAIRE. Referred to CHARLES A STAMPELOS. (dlt)*Pleading placed in CAS box for review** (Entered: 07/24/2012) |
| 07/25/2012 | 292 | ORDER, GRANTING 291 MOTION for Extension of Time to File. (Amended Pleadings: The time for filing the amended 2255 motion is extended to - **8/31/2012**.) Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 07/25/2012. (krb) (Entered: 07/25/2012) |
| 07/26/2012 | 293 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Final Hearing re Revocation of Supervised Release as to COREY ANTHONY held on 7/26/2012. Defendant continued on Supervision. Restitution payment is modified to $25.00 month. 40 hours of community service is added to original requirement. (Court Reporter Judy Nolton) (Attachments: # 1 Exhibit List) (erl) (Entered: 07/30/2012) |
| 08/03/2012 | 294 | |

| | | |
|---|---|---|
| | | ORDER MODIFYING THE RESTITUTION AND COMMUNITY SERVICE CONDITIONS OF SUPERVISED RELEASE. Signed by JUDGE ROBERT L HINKLE on 8/3/2012. (dlt) (Entered: 08/03/2012) |
| 08/09/2012 | 295 | MOTION to Extend Time, Motion Requesting Documents, and Notice of Change of Address, by REGINALD VOLTAIRE. **Address updated on docket to: FEDERAL CORRECTIONAL COMPLEX LOW - PO BOX 26020 BEAUMONT, TX 77720. (krb) (Entered: 08/13/2012) |
| 08/13/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed, Re: 295 MOTION to Extend Time filed by Defendant REGINALD VOLTAIRE. **Document forwarded to Chambers of CAS. Referred to CHARLES A STAMPELOS. (krb) (Entered: 08/13/2012) |
| 08/13/2012 | 296 | ORDER, GRANTING 295 MOTION to Extend Time. (Amended Pleadings: Defendant shall file the amended § 2255 - due by 9/14/2012.) **Three § 2255 forms with "AMENDED" and case number, along with order, doc. 290 , mailed. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 08/13/2012. (krb) (Entered: 08/14/2012) |
| 09/11/2012 | 297 | AMENDED MOTION to Vacate under 28 U.S.C. 2255 by REGINALD VOLTAIRE. (dlt) (Entered: 09/11/2012) |
| 09/11/2012 | 298 | MEMORANDUM in Support by REGINALD VOLTAIRE re 297 AMENDED MOTION to Vacate under 28 U.S.C. 2255. (dlt) (Entered: 09/11/2012) |
| 09/11/2012 | 299 | SUPPLEMENT TO 297 MOTION to Vacate under 28 U.S.C. 2255 by REGINALD VOLTAIRE (dlt) (Entered: 09/11/2012) |
| 09/12/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 298 Memorandum in Support, 299 Supplement to Amended Motion, 297 AMENDED MOTION to Vacate under 28 U.S.C. 2255 filed by Defendant REGINALD VOLTAIRE. Referred to CHARLES A STAMPELOS. (dlt)*Pleadings placed in CAS box for review** (Entered: 09/12/2012) |
| 10/23/2012 | 300 | ORDER DIRECTING RESPONSE TO § 2255 MOTION as to REGINALD VOLTAIRE re 297 MOTION to Vacate under 28 U.S.C. 2255.( (Internal deadline for referral to judge if US Attorney response not filed earlier: 12/28/2012)., Defendant's Reply to Response due by 1/28/2013.). Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 10/23/2012. (dlt)**Copies provided as order directs** (Entered: 10/24/2012) |
| 12/26/2012 | 301 | NOTICE - Addendum to 255 MOTION to Vacate under 28 U.S.C. 2255 by JUNIOR DOGUER (tdl) (Entered: 12/27/2012) |
| 12/27/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 301 Notice - Addendum to 255 MOTION to Vacate under 28 U.S.C. 2255 filed by Defendant JUNIOR DOGUER. (tdl) (Entered: 12/27/2012) |
| 12/27/2012 | 302 | MOTION for Extension of Time to File Response/Reply as to 298 Memorandum in Support, 299 Amended Document, 297 MOTION to Vacate under 28 U.S.C. 2255, 300 Order, Set Deadlines,, *Government's Motion for Extension of Time to Respond to Defendant's Section 2255 Motion* by USA as to REGINALD VOLTAIRE. (CANOVA, CHRISTOPHER) (Entered: 12/27/2012) |
| 12/28/2012 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 302 MOTION for Extension of Time to File Response/Reply as to 298 Memorandum in Support, 299 Amended Document, 297 MOTION to Vacate under 28 U.S.C. 2255, 300 Order. Referred to CHARLES A STAMPELOS. (tdl) (Entered: 12/28/2012) |

| | | |
|---|---|---|
| 12/28/2012 | 303 | ORDER - GRANTING 302 MOTION for Extension of Time to File Response. The time for filing a response to the 2255 motion is extended to January 31, 2012 as to REGINALD VOLTAIRE (Internal deadline for referral to judge if response not filed earlier: **1/31/2013**). Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 12/28/2012. (tdl) (Entered: 12/28/2012) |
| 01/22/2013 | 304 | NOTICE of Change of Address by JUNIOR DOGUER to FEDERAL PRISON CAMP, PO BOX 3949, PENSACOLA, FL 32516. (pll) (Entered: 01/23/2013) |
| 01/23/2013 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 304 Notice of Change of Address filed by Defendant JUNIOR DOGUER. (pll) (Entered: 01/23/2013) |
| 01/24/2013 | 305 | PETITION AND ORDER Re Supervised Release Violation as to DEVIN PASCHALL Summons Issued and forwarded to US Probation Initial Appearance on Revocation Proceedings set for **2/5/2013 09:30 AM** in US Courthouse Magistrate Courtroom before MAGISTRATE JUDGE CHARLES A STAMPELOS. Signed by JUDGE ROBERT L HINKLE on 1/24/2013. (dlt) (Entered: 01/30/2013) |
| 01/24/2013 | | Judge update in case as to DEVIN PASCHALL. MAGISTRATE JUDGE CHARLES A STAMPELOS added. MAGISTRATE JUDGE WILLIAM C SHERRILL, JR no longer assigned to case. (amm) (Entered: 02/07/2013) |
| 01/30/2013 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 305 Petition and Order re Supervised Release SI,. (dlt) (Entered: 01/30/2013) |
| 01/31/2013 | 306 | MOTION for Writ *of Execution* by USA as to DEVIN PASCHALL. (Attachments: # 1 Text of Proposed Order Clerk's Notice) (STINSON, ROBERT) (Entered: 01/31/2013) |
| 01/31/2013 | 307 | WRIT OF EXECUTION as to DEVIN PASCHALL (1). Signed by JUDGE ROBERT L HINKLE on 1/31/13. (amm) (Additional attachment(s) added on 1/31/2013: # 1 Clerk's Notice) (amm). (Entered: 01/31/2013) |
| 01/31/2013 | 308 | RESPONSE in Opposition by USA as to REGINALD VOLTAIRE re 297 MOTION to Vacate under 28 U.S.C. 2255 (Attachments: # 1 Exhibit Attachment A - Transcript) (CANOVA, CHRISTOPHER) (Entered: 01/31/2013) |
| 02/01/2013 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 308 Response in Opposition filed by Plaintiff USA. (dlt) (Entered: 02/01/2013) |
| 02/05/2013 | 309 | Minute Entry for proceedings held before MAGISTRATE JUDGE CHARLES A STAMPELOS:Initial Appearance re Violation of Supervised Release as to DEVIN PASCHALL held on 2/5/2013. Final Hearing re Revocation of Supervised Release set for **3/1/2013 4:00 PM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. (Court Reporter FTR TLH.) (amm) (Entered: 02/07/2013) |
| 02/05/2013 | 310 | CJA 23 Financial Affidavit by DEVIN PASCHALL (PDF sealed per Privacy Policy) (amm) (Entered: 02/07/2013) |
| 02/05/2013 | 311 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to DEVIN PASCHALL. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 2/5/13. (amm) (Entered: 02/07/2013) |
| 02/05/2013 | 312 | ORDER as to DEVIN PASCHALL: Final Hearing re Revocation of Supervised Release set for **3/1/2013 4:00 PM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 2/5/13. (amm) (Entered: 02/07/2013) |

| | | |
|---|---|---|
| 02/08/2013 | 313 | REQUEST For Hearing re 307 WRIT OF EXECUTION by DEVIN PASCHALL (dlt) (Entered: 02/11/2013) |
| 02/14/2013 | 314 | NOTICE OF HEARING as to DEVIN PASCHALL: Final Hearing re Revocation of Supervised Release and Hearing on 307 Writ of Execution set for **3/1/2013 04:00 PM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 02/14/2013) |
| 02/28/2013 | 315 | AMENDED NOTICE OF HEARING as to DEVIN PASCHALL: Final Hearing re Revocation of Supervised Release and Hearing on 307 Writ of Execution set for **3/1/2013 10:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. <br><br> *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.* <br><br> *s/ Elizabeth Lawrence* <br> Courtroom Deputy Clerk (erl) (Entered: 02/28/2013) |
| 02/28/2013 | 316 | REPLY to Response to Motion. (Titled Petitioner's Traverse in Opposition) by REGINALD VOLTAIRE re 297 MOTION to Vacate under 28 U.S.C. 2255, 308 Response in Opposition. (tdl) Modified on 3/5/2013 (tdl). (Entered: 02/28/2013) |
| 02/28/2013 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: 316 Petitioner's Traverse in Opposition. (tdl) (Entered: 02/28/2013) |
| 03/01/2013 | 317 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Final Hearing re Revocation of Supervised Release and Writ Hearing as to DEVIN PASCHALL held on 3/1/2013. Defendant admits to violating Counts 1 & 2 and denies Count 3 of the Violation of Supervised Release. Supervised Release is not revoked by the Court; Defendant is placed back on Supervised Release; an Order will be issued by the Court addressing the Writ of Execution. (Court Reporter Judy Nolton.) (kjw) (Entered: 03/01/2013) |
| 03/01/2013 | 318 | ORDER FOR DELIVERY OF THE FUND THAT ARE SUBJECT TO THE WRIT OF EXECUTION as to DEVIN PASCHALL re 307 Writ Of Execution. Signed by JUDGE ROBERT L HINKLE on 3/1/2013. (dlt)**Copy provided to USM* (Entered: 03/04/2013) |
| 03/01/2013 | 319 | ORDER RETAINING THE DEFENDANT ON SUPERVISED RELEASE as to DEVIN PASCHALL. Signed by JUDGE ROBERT L HINKLE on 3/1/2013. (dlt) (Entered: 03/04/2013) |
| 05/02/2013 | 320 | NOTICE of Inquiry by JUNIOR DOGUER (tdl) (Entered: 05/03/2013) |
| 05/03/2013 | 321 | CLERK'S RESPONSE re 320 Notice of Inquiry. (tdl) (Entered: 05/03/2013) |
| 09/16/2013 | 323 | |

| | | |
|---|---|---|
| | | PETITION AND ORDER Re Supervised Release Violation as to DEVIN PASCHALL Summons Issued and forwarded to US Probation Initial Appearance on Revocation Proceedings set for **9/26/2013 01:30 PM** in US Courthouse Magistrate Courtroom before MAGISTRATE JUDGE CHARLES A STAMPELOS.. Signed by JUDGE ROBERT L HINKLE on 9/16/2013. (dlt) (Entered: 09/19/2013) |
| 09/18/2013 | 322 | MOTION for Order to Show Cause *or Compel* by USA as to DEVIN PASCHALL. (Attachments: # 1 Exhibit A - Notice of Debtor Examination Duces Tecum, # 2 Exhibit B - Certified Mail Receipt) (STINSON, ROBERT) (Entered: 09/18/2013) |
| 09/19/2013 | 324 | Summons Issued in case as to DEVIN PASCHALL (dlt) (Entered: 09/19/2013) |
| 09/24/2013 | 325 | NOTICE OF ATTORNEY APPEARANCE ERIC K MOUNTIN appearing for USA. (MOUNTIN, ERIC) (Entered: 09/24/2013) |
| 09/26/2013 | 326 | Minute Entry for proceedings held before MAGISTRATE JUDGE CHARLES A STAMPELOS:Initial Appearance re Violation of Supervised Release as to DEVIN PASCHALL held on 9/26/2013. Final Hearing re Revocation of Supervised Release set for **10/31/2013 10:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. (Court Reporter FTR TLH.) (amm) (Entered: 09/27/2013) |
| 09/26/2013 | 327 | CJA 23 Financial Affidavit by DEVIN PASCHALL (PDF sealed per Privacy Policy) (amm) (Entered: 09/27/2013) |
| 09/26/2013 | 328 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to DEVIN PASCHALL. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 9/26/13. (amm) (Entered: 09/27/2013) |
| 09/26/2013 | 329 | ORDER as to DEVIN PASCHALL: Final Hearing re Revocation of Supervised Release set for **10/31/2013 10:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 9/26/13. (amm) (Entered: 09/27/2013) |
| 09/30/2013 | 330 | NOTICE OF HEARING as to DEVIN PASCHALL: Final Hearing re Revocation of Supervised Release set for **10/31/2013 10:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 09/30/2013) |
| 09/30/2013 | 331 | ORDER TO SHOW CAUSE WHY THE DEFENDANT SHOULD NOT BE HELD IN CRIMINAL OR CIVIL CONTEMPT as to DEVIN PASCHALL - The government's motion, ECF No. 322 , for an order to show cause is GRANTED.( Show Cause Hearing set for **10/31/2013 10:00 AM** in U.S. Courthouse Tallahassee before JUDGE ROBERT L HINKLE.) The attorney appointed under the magistrate judges order of September 26, 2013, ECF No. 328 , is also appointed for purposes of the show-cause hearing. Signed by JUDGE ROBERT L HINKLE on 9/30/2013. (dlt) (Entered: 09/30/2013) |
| 10/02/2013 | 332 | NOTICE OF HEARING as to DEVIN PASCHALL: Show Cause Hearing and Revocation Hearing set for **10/31/2013 10:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, Courtroom 5 East, 111 North Adams St., Tallahassee, Florida 32301. |

| | | |
|---|---|---|
| | | *NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 10/02/2013) |
| 10/31/2013 | 333 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE:Final Hearing re Revocation of Supervised Release and Show Cause Hearing as to DEVIN PASCHALL held on 10/31/2013. Defendant's Supervised Release is terminated. (Court Reporter Judy Gagnon) (Attachments: # 1 Exhibit List) (erl) (Entered: 11/01/2013) |
| 11/03/2013 | 334 | ORDER TERMINATING SUPERVISED RELEASE as to DEVIN PASCHALL. The defendant Devin Paschalls supervised release is terminated as of November 3, 2013, at 1:21 p.m. Signed by JUDGE ROBERT L HINKLE on 11/3/2013. (dlt) (Entered: 11/04/2013) |
| 11/20/2013 | 335 | NOTICE OF ATTORNEY APPEARANCE COREY J SMITH appearing for USA. (SMITH, COREY) (Entered: 11/20/2013) |
| 11/20/2013 | 336 | MOTION *Application for Writ of Continuing Garnishment* by USA as to DEVIN PASCHALL. (Attachments: # 1 Exhibit A - Declaration, # 2 Clerk's Notice & Claim of Exemptions, # 3 Text of Proposed Order Writ of Continuing Garnishment) (SMITH, COREY) (Entered: 11/20/2013) |
| 11/27/2013 | 337 | ORDER as to DEVIN PASCHALL (1): THIS CAUSE is before the Court on the United States of America's Application for Writ of Continuing Garnishment 336 . Having examined the Application, the Court finds the requirements of 28 U.S.C. § 3205(b)(1) have been met. Accordingly, the Clerk of Court is hereby directed to issue the appropriate Writ of Continuing Garnishment. Signed by JUDGE ROBERT L HINKLE on 11/27/13. (amm) (Entered: 11/27/2013) |
| 12/02/2013 | 338 | WITHDRAWN per 342 OrderWrit of Continuing Garnishment as to DEVIN PASCHALL re 336 MOTION. (Attachments: # 1 Clerk's Notice) (tdl) Modified on 3/5/2014 (dlt). (Entered: 12/03/2013) |
| 12/10/2013 | 339 | ACKNOWLEDGMENT(USM 285 Form) by USA as to DEVIN PASCHALL re 338 Writ of Garnishment. (dlt) (Entered: 12/12/2013) |
| 01/13/2014 | 340 | ANSWER OF GARNISHEE by ALARM INTERNATIONAL as to DEVIN PASCHALL re 338 Writ of Continuing Garnishment. (dlt) (Entered: 01/15/2014) |
| 02/26/2014 | 341 | MOTION *Withdraw Writ of Continuing Garnishment* by USA as to DEVIN PASCHALL. (SMITH, COREY) (Entered: 02/26/2014) |
| 03/01/2014 | 342 | ORDER WITHDRAWING CONTINUING WRIT OF GARNISHMENT - GRANTED 341 Motion to withdraw the continuing writ of garnishment as to DEVIN PASCHALL (1). The continuing writ of garnishment, ECF No. 338 , is WITHDRAWN. Signed by JUDGE ROBERT L HINKLE on 3/1/2014. (dlt) (Entered: 03/03/2014) |
| 04/01/2014 | 343 | Order, REPORT AND RECOMMENDATION as to JUNIOR DOGUER - Defendant's motion to amend (doc. 267 ) is DENIED as moot in light of his subsequent withdrawal of the claim raised therein (doc. 301 ). Defendant's addendum to his motion to vacate, construed as a motion to amend (doc. 301 ) is also DENIED, as the claim raised therein is untimely. The motion to vacate, set aside, or correct sentence (doc. 255 ) be DENIED. A certificate of appealability be DENIED. R&R flag set. (Internal deadline for referral to district judge if objections are not filed earlier: **4/29/2014**.) Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 4/1/2014. (tdl) (Entered: 04/01/2014) |

| 05/09/2014 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: 343 REPORT AND RECOMMENDATION as to JUNIOR DOGUER - No objections filed. (dlt) (Entered: 05/09/2014) |
|---|---|---|
| 05/17/2014 | 344 | ORDER DENYING THE § 2255 MOTION as to JUNIOR DOGUER - The 343 Report and Recommendation is ACCEPTED. The clerk must enter a judgment stating, "The defendant Junior Doguer's motion for relief under 28 U.S.C. § 2255 is DENIED." A certificate of appealability is DENIED. Leave to proceed on appeal in forma pauperis is DENIED. Signed by JUDGE ROBERT L HINKLE on 5/17/2014. (dlt) (Entered: 05/20/2014) |
| 05/20/2014 | 345 | JUDGMENT ON MOTION TO VACATE (2255) re 344 ORDER DENYING THE § 2255 MOTION as to JUNIOR DOGUER. (dlt) (Entered: 05/20/2014) |
| 06/02/2014 | | ACTION REQUIRED BY MAGISTRATE JUDGE: Chambers of MAGISTRATE JUDGE CHARLES A STAMPELOS notified that action is needed Re: Set/Reset Deadline - 90 day no activity as to 2255 for REGINALD VOLTAIRE. (erl) Modified on 6/2/2014 (erl). (Entered: 06/02/2014) |
| 06/05/2014 | 346 | Mail Returned as Undeliverable. Mail sent to JUNIOR DOGUER Re: 344 ORDER & 345 JUDGMENT. (tdl) (Entered: 06/05/2014) |
| 09/24/2014 | 347 | REPORT AND RECOMMENDATION - The motion to vacate, set aside, or correct sentence (doc. 297 ) be DENIED. A certificate of appealability be DENIED as to REGINALD VOLTAIRE. Internal deadline for referral to district judge if objections are not filed earlier: 10/22/2014. Signed by MAGISTRATE JUDGE CHARLES A STAMPELOS on 9/24/2014. (sac) (Entered: 09/24/2014) |
| 10/30/2014 | | ACTION REQUIRED BY DISTRICT JUDGE: Chambers of JUDGE ROBERT L HINKLE notified that action is needed Re: No objection to 347 REPORT AND RECOMMENDATION as to REGINALD VOLTAIRE filed. (sac) (Entered: 10/30/2014) |
| 11/03/2014 | 348 | Mail Returned as Undeliverable - Marked 'RTS' 'Unable to Forward'. Mail sent to REGINALD VOLTAIRE Re: 347 REPORT AND RECOMMENDATION - Address updated to reflect YAZOO CITY LOWFEDERAL CORRECTIONAL INSTITUTION Inmate Mail/Parcels P.O. BOX 5000YAZOO CITY, MS 39194 (Doc. 347 resent to new address) (sac) (Entered: 11/05/2014) |
| 11/05/2014 | | Set/Reset Deadline - Chambers of ROBERT L HINKLE to be notified that action is needed Re: 347 REPORT AND RECOMMENDATION re-mailed 11/5/2014. Notify Chambers if objections are not filed earlier: 12/5/2014. Internal deadline for referral to district judge. (sac) (Entered: 11/05/2014) |
| 12/11/2014 | 349 | ORDER DENYING THE 2255 MOTION. In re: 347 Report and Recommendation as to 297 AMENDED MOTION to Vacate under 28 U.S.C. 2255 as to REGINALD VOLTAIRE (5). The clerk must enter a judgment stating, "The defendant's motion for relief under 28 U.S.C. § 2255 is DENIED. The defendants application for a certificate of appealability is DENIED. Leave to proceed on appeal in forma pauperis is DENIED." Signed by JUDGE ROBERT L HINKLE on 12/11/2014. (kjw) Modified on 12/22/2014 to notify that Civil Case 4:12cv301-RH/CAS has been closed. (kjw) (Entered: 12/12/2014) |
| 12/12/2014 | 350 | JUDGMENT ON MOTION TO VACATE (2255) re 349 ORDER DENYING THE §2255 MOTION as to REGINALD VOLTAIRE. (kjw) (Entered: 12/12/2014) |
| 07/19/2016 | 351 | NOTICE of Filing Partial Release of Lien by USA as to GABRIELLE BUTLER (Attachments: # 1 Exhibit 1.) Partial Release of Lien) (LINDSEY, HERBERT) (Entered: 07/19/2016) |
| 11/10/2016 | 352 | MOTION Requesting a Judicial Recommendation Concerning Length of RRC/Halfway House Placement, by JUNIOR DOGUER. (cle) (Entered: 11/10/2016) |

| | | |
|---|---|---|
| 11/26/2016 | 353 | ORDER ON THE MOTION FOR AN ADDITIONAL RECOMMENDATION TO THE BUREAU OF PRISONS - The motion for a recommendation to the Bureau of Prisons, ECF No. 352 , is denied as to JUNIOR DOGUER (6). Signed by JUDGE ROBERT L HINKLE on 11/26/2016. (tdl) (Entered: 11/29/2016) |
| 12/13/2016 | 354 | Mail Returned as Undeliverable. Mail sent to Junior Doguer and returned: 353 ORDER ON THE MOTION FOR AN ADDITIONAL RECOMMENDATION TO THE BUREAU OF PRISONS. This Order was re-sent to a new address for the defendant at FCI Oakdale 1, 1507 East Whatley Road, Oakdale, LA 71463. (cle) (Entered: 12/14/2016) |
| 01/09/2017 | 355 | MOTION (Request) for Reconsideration on the Motion for An Additional Recommendation to the Bureau of Prisons, filed by JUNIOR DOGUER. (cle) (Entered: 01/10/2017) |
| 02/08/2017 | 356 | ORDER DENYING THE MOTION TO RECONSIDER as to JUNIOR DOGUER (6). The defendant's motion, ECF No. 355 , to reconsider the order of November 26, 2016, ECF No. 353 , is denied. Signed by JUDGE ROBERT L HINKLE on 2/8/2017. (kjw) (Entered: 02/09/2017) |
| 07/05/2017 | 357 | MOTION for Writ of Continuing Garnishment by USA as to COREY ANTHONY. (Attachments: # 1 Text of Proposed Order Clerk's Notice of Garnishment, # 2 Text of Proposed Order Writ of Continuing Garnishment) (LINDSEY, HERBERT) (Entered: 07/05/2017) |
| 07/11/2017 | 358 | *** VACATED per 367 ORDER VACATING THE WRIT OF GARNISHMENT. ***ORDER FOR ENTRY OF WRIT OF GARNISHMENT - as to COREY ANTHONY - re: 357 MOTION for Writ of Continuing Garnishment. The Court finds the requirements of 28 U.S.C. § 3205(b)(1) have been met. Accordingly, the Clerk of Court is hereby directed to issue the appropriate Writ of Continuing Garnishment. Signed by JUDGE ROBERT L HINKLE on 7/11/2017. (cle) *** Documents prepared and placed in the US Attorney's box. *** Modified on 11/17/2017 (cle). (Entered: 07/11/2017) |
| 07/12/2017 | 359 | NOTICE of Filing electronic copies of the Writ of Continuing Garnishment and Clerk's Notice of Garnishment - re: 358 ORDER FOR ENTRY OF WRIT OF GARNISHMENT. (cle) (Entered: 07/12/2017) |
| 07/24/2017 | 360 | ANSWER OF GARNISHEE by CITRUS WORLD as to COREY ANTHONY re 358 ORDER FOR ENTRY OF WRIT OF GARNISHMENT (vkm) (Entered: 07/26/2017) |
| 10/03/2017 | 361 | PROCESS RECEIPT AND RETURN. Writ of Garnishment served upon COREY ANTHONY on 9/15/2107. (cle) (Entered: 10/03/2017) |
| 10/19/2017 | 362 | Claim For Exemptions and Request for A Hearing, filed by COREY ANTHONY. (cle) (Entered: 10/20/2017) |
| 10/26/2017 | 363 | RESPONSE by USA as to COREY ANTHONY re 362 Notice (Other) *Claim For Exemptions and Request for A Hearing* (LINDSEY, HERBERT) (Entered: 10/26/2017) |
| 11/01/2017 | 364 | AFFIDAVIT and Financial Statements, filed by COREY ANTHONY. (cle) (Entered: 11/01/2017) |
| 11/02/2017 | 365 | NOTICE OF TELEPHONIC HEARING as to COREY ANTHONY: Telephonic Status Conference set for **11/16/2017 10:00 AM** before JUDGE ROBERT L HINKLE, United States Courthouse, 111 North Adams St., Tallahassee, Florida 32301.<br><br>Parties are instructed to call (850) 521-3601 at the time of hearing.<br><br>*NOTE: If you or any party, witness or attorney in this matter has a disability that requires special accommodation, such as, a hearing impairment that requires a sign language interpreter or a wheelchair restriction that requires ramp access, please contact Elizabeth* |

| | | *Lawrence at 850-521-3501 in the Clerk's Office at least one week prior to the hearing (or as soon as possible) so arrangements can be made.*<br><br>*s/ Elizabeth Lawrence*<br>Courtroom Deputy Clerk (erl) (Entered: 11/02/2017) |
|---|---|---|
| 11/16/2017 | 366 | Minute Entry for proceedings held before JUDGE ROBERT L HINKLE: Status Conference as to COREY ANTHONY held on 11/16/2017. Parties advise the Court that they have reached an agreement as to the garnishment. Ruling by Court: An order will be entered. (Court Reporter Judy Gagnon) (erl) (Entered: 11/16/2017) |
| 11/17/2017 | 367 | ORDER VACATING THE WRIT OF GARNISHMENT - as to COREY ANTHONY. The government and the defendant announced their agreement that the writ of garnishment would be vacated. The Order for Entry of Writ of Garnishment, ECF No. 358 , and the writ of garnishment that was issued based on that order are vacated. Signed by JUDGE ROBERT L HINKLE on 11/17/2017. (cle) (Entered: 11/17/2017) |
| 12/04/2018 | 368 | TRANSFER OF JURISDICTION AND ORDER - as to JUNIOR DOGUER. Supervised Release transferred to the Southern District of Florida (Miami Division). Signed by JUDGE ROBERT L HINKLE on 11/29/2018 and by Miami judge on 12/4/2018. (cle) (Entered: 12/14/2018) |
| 12/14/2018 | 369 | Supervised Release Jurisdiction Transferred to Southern District of Florida - Miami Division - as to JUNIOR DOGUER. Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment docket sheet and two documents. (cle) (Entered: 12/14/2018) |